Name: Lewis Deans

Mailing Address, Zip: 310 W. 76th Ave Apt E
Anchorage, AK 99518

Telephone: _____

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 4:55

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Lewis Deans Z,
_____,
Plaintiff,

vs.

Dimond High School Offices,
Anchorage School District
Alaska Dept Ed
_____ Defendant(s).

**APPLICATION TO WAIVE
THE FILING FEE
(Non-Prisoner)**

CASE NO. A05-0283 CV (JKS)
(To be supplied by the Court)

I, Lewis Deans And _____, state under penalty of perjury that I am the plaintiff in this case. I am unable to pay the fees for this proceeding or give security because of my poverty. The type of case I am filing is Civil _____, and I believe I am entitled to the relief I am requesting. I agree that, if I am granted this application to waive the filing fee in this case, a portion of any recovery, as directed by the Court, will be paid to the Clerk of Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☒ No (If "Yes" USE PRISONER FORM)

2. Marital status: ☒ Single ☐ Married ☐ Divorced ☐ Separated

    a. If separated or divorced, do you ☐ **pay** child support or alimony, or ☐ **receive** any child support, alimony or other form of maintenance? If not, check: ☐ No

    If yes to either question, state monthly amount paid: 579 OR state monthly amount received:_____

    b. Dependants: ☐ Spouse   ☐ Children #_____   ☐ Others #_____

    The names and ages of my children are:

    Name:_____   Age:_____
    Name:_____   Age:_____
    Name:_____   Age:_____
    Name:_____   Age:_____

PS11 (9/02)                Page 1 of 4                    Fee Waiver

3. Are you presently employed?   ☐ Yes   ☑ No

   a. **If the answer is "Yes,"** provide the following information:

     Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

     Employer's name, address & telephone:_____

     Nature of employment:_____

     How long employed by present employer:_____

   b. **If you are not presently employed,** provide the following information:

     Date of last employment: \_\_\_\_/\_\_\_\_/\_\_\_\_ (month/day/year)

     Former employer's name, address & telephone:_____

     Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

     Nature of employment:_____

4. Is your spouse employed?   ☐ Yes   ☐ No

   **If the answer is "Yes,"** provide the following information:

   Gross: $_____ Net: $_____ salary/wages per ☐ month ☐ week (chose one)

   Employer's name, address & telephone:_____

   Nature of employment:_____

   How long employed by present employer:_____

5. Are you receiving public assistance or unemployment benefits?   ☐ Yes   ☐ No

   a. I have been on ☐ public assistance and/or have received ☐ unemployment benefits since: \_\_\_\_/\_\_\_\_/\_\_\_\_ (month/day/year).

   b. I am receiving $_____ ☐ monthly / ☐ weekly for myself and my household of \_\_\_\_ (number).

6. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment — ☐ Yes ☒ No
   b. Rent payments, interest or dividends (not PFD) — ☒ Yes ☒ No
   c. Pensions, annuities or life insurance payments — ☐ Yes ☒ No
   d. Disability or worker's compensation payments — ☐ Yes ☒ No
   e. Gifts or inheritances — ☐ Yes ☒ No
   f. Any other sources — ☒ Yes ☐ No

   If the answer to any of the above is "Yes," describe each source and state the amount and when received, **and** what you expect you will continue to receive. Social Security 579 Adult Services $362 month

7. List all members of your household, including yourself, who received the Alaska Permanent Fund Dividend within the last twelve months, and the amount(s):

   Lewis Deuno, Felicia King

8. Do you have **any** cash? ☐ Yes ☒ No

   State the total amount and location(s): ____

9. Do you have any checking account(s)? ☒ Yes ☐ No

   a. Name(s) and address(es) of bank(s): Opportunities Credit Union

   b. Present balance(s) in account(s): $40

10. Do you have any savings/IRA/money market/CDs' separate from checking accounts? ☒ Yes ☐ No

    a. Name(s) and address(es) of bank(s): ____

      b.    Present balance(s) in account(s): _____

11.    Do you own an automobile or other motor vehicle?  ☐ Yes    ☐ No

      a.    Make: _____  Year: _____  Model: _____

      b.    What is its current value?  $_____

      c.    Is it financed?  ☐ Yes    ☐ No

      d.    If so, what is the amount owed?  $_____

12.    Do you own any real estate, stocks, bonds, securities, other financial instruments or other valuable property?  ☐ Yes    ☐ No

If "Yes," describe the property and state its value: _____

_____

13.    Do you have any other assets or personal property other than clothing?  ☐ Yes  ☐ No

If "Yes," list the asset(s) and state the value of each asset listed: _____

_____

_____

14.    Have you placed any property, assets or money in the name or custody of anyone else in the last two years?  ☐ Yes    ☐ No

If the answer is "Yes," give the date, describe the property, assets or money, give the name of the person given custody of the item, and the reason for the transfer: _____

_____

_____

### DECLARATION UNDER PENALTY OF PERJURY

**I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct.**

Executed on: __12/2/05_____    _____
                  DATE                            SIGNATURE OF APPLICANT

SOCIAL SECURITY ADMINISTRATION

Date: September 21, 2005
Claim Number: 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DC

FELICIA M KING
FOR LEWIS ZYAIRE DEANS
205 E DIMOND BLVD
SUITE 112
ANCHORAGE AK 99515-1909

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Supplemental Security Income Payments

   Beginning August 2005, the current
   Supplemental Security Income payment is................$ 579.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Date of Birth Information

   The date of birth shown on our records is March 28, 1986.

Type of Supplemental Security Income Payment Information

   You are entitled to monthly payments as a disabled child.