USDCA 40 (1/89)

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 PM 2: 34

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Lewis ~~O~~ King Deans
_____
Plaintiff,

vs.

(See Attached Paper)
_____
Defendant

APPLICATION FOR APPOINTMENT OF COUNSEL

Case No. A05-0283 CV (JKS)

1. Name of applicant (print neatly): Lewis King Deans

   Address: 310 W. 76th Ave Apt E
   _____

   Phone Number: 907-632-9070

2. Explain what your cause of action is against the opposing party.
   (Use additional paper if necessary.) Violation of IDEA 1400 And Stay Put Privisean

3. Explain why you feel you need a lawyer in this case.
   (Use additional paper if necessary.) I understand My Argument, However I feel the Technical Aspects will impead Presentation of Argument

4. Explain what steps you have taken to find an attorney and with what results.
   (Use additional paper if necessary.) Calling, With no return of Calls- From Disability Law Center. So fees With no results from Lawyers wanting to Sincerely Protect my rights

5. If you need a lawyer who speaks a language other than English, please specify.

   N/A

Continued to next page

3

Please read the following carefully:

I declare under the penalties of perjury that my answers to the foregoing questions are true and correct to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns either from me or elsewhere that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Financial Affidavit are false, my case can be dismissed.

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Rules Governing Procedures for Appointment of Attorneys in Pro Se Civil Actions in the U.S. District Court. I understand that if the attorney appointed to my case should wish to be relieved of the appointment at any time, his or her Application for Relief will be a privileged Court document and will not be used in the litigation of this case.

I understand that making the application does not excuse me in a Social Security case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

I understand that if the Court appoints counsel to represent me in a Social Security Case, and I am successful, the assigned attorney has the statutory right to request that the Court award a fee of up to 25% of accrued Social Security or Supplemental Security Income benefits.

12/15/05
Date

_[signature]_
Signature

Application for Appointment of Counsel

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Lewis King Deus v.s. Dimond H.S. Anchorage S.D.

FOR: 
AT: 

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Lewis Zjaire King Deans

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: ▶
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED $ _____    SOURCES _____
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 25

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE _____ DESCRIPTION _____

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them (For minor children use initials only):

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Sylvan Learning Center | $ | $ 416 |
| Rent | $ | $ 220 |
| Bills | $ | $ 100 |
| Food + Carfare | $ | $ 200 |
|  |  | $ 943 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ _____

Copied to Be Mailed and Defendants Attorney

November 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


Lewis King Deans/Felicia King


Vs.                                                          A05-0283CV (JKS)

Anchorage School District/ Cindy Anderson-Official Capacity
Jerry Sjolander-Official capacity

Dimond High School –Jim Aronow-Official Capacity-special Ed chair
Cheryl Guyette-Official Capacity-Principal
Julie Neal –Assistant Principal
Debra Wilson official capacity
Krista Shank official capacity

Sharon Shumacher-Official Capacity-Program Manager
Art Arnold_Official Capacity State Special Ed.
Alaska Department of Education and Early Development
Division of Teaching and Learning Support

Civil Rights Complaint
42 U.S.C. 1983
(Non Prisoners)
28 U.S.C. 1343(a)(3)