UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA                          A05-0283CV(JKS)

Lewis king Deans

Vs.

Anchorage School District/ Cindy Anderson-official capacity
Jerry Sjolander-official capacity

Dimond High School-Jim Aronow-Official Capacity Special Ed Chair          Civil Rights
Complaint

Cheryl Guyette- Official Capacity Principal                               42 U.S.C. 1983
Julie Neal -Assistant principal                                           (Non Prisoners 28
U. S. C 1343(8)(3)
Debra Wilson -official Capacity
Krista Shank official capacity

Sharon Shumacher-Official Capacity-Program Manager
Art Arnold-Official Capacity State Special Ed.
Alaska Depart of Education and Early Development


**I Lewis Deans Hereby Motion the court to add 5 Exhibits to this case.**

**Exhibit K**
**Exhibit K1**
**Exhibit K2**
**Exhibit z1**
**Exhibit z2**
**Exhibit z3**

*[Signature: Lewis Deans]*

I hereby certify that a copy above (Motion to add Exhibits) was served upon (Anchorage School District) by hand delivery at 2909 W 88th Ave Anchorage Ak 9952 on 1-20-05

*[Signature: Lewis Deans]*

[RECEIVED JAN 20 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA]