IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS DEANS,<br><br>               Plaintiff,<br><br>   vs.<br><br>ANCHORAGE SCHOOL DISTRICT, et al.,<br><br>               Defendants. | Case No. 3:05-cv-283   TMB<br><br>O R D E R |

      On January 20, 2006, Plaintiff filed a Motion for Leave to file Exhibits. Docket 6. Plaintiff identified those exhibits as "Exhibit K, Exhibit K1, Exhibit K2, Exhibit z1, Exhibit z2, Exhibit z3." Id. Plaintiff did not attach copies of the exhibits, or provide any explanation as to their subject matter. On April 3, 2006, this Court ordered Plaintiff to explain, on or before May 3, 2006, why his motion to file additional exhibits should be granted, and to attach a copy of the proposed exhibits. Docket 11 at paragraph 10.

      Plaintiff has not complied with the Court's Order at Docket 11. Accordingly, the motion at Docket 6 is DENIED without prejudice.

      Dated at Anchorage, Alaska, this 25th day of May, 2006.

                                                          /s/ Timothy Burgess<br>
                                                          Timothy M. Burgess<br>
                                                          United States District Judge