IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS DEANS,<br><br>      Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br><br>      Defendants. | Case No. 3:05-cv-00283-TMB<br><br><br>ORDER REGARDING COUNSEL |

     Lewis Deans, representing himself, has filed a civil action and an application for appointment of counsel.[1] The Court concluded that Mr. Deans is an indigent litigant who has arguably alleged a meritorious cause of action in which counsel would be helpful, and referred the matter to Volunteer Attorney Support, at Alaska Legal Services Corporation.[2] The Court warned, however, that there is no constitutional right to counsel at public expense in civil cases.[3] The Court may not

---

   [1] *See* Docket Nos. 2, 3.

   [2] *See* Docket No. 10 .

   [3] *See* Docket No.  at 2.

compel an attorney to assist an indigent litigant without pay, but may only <u>request</u> that a private attorney represent an indigent civil litigant.[4]  There are no guarantees. The Court has now received notice that ALSC is unable to secure a voluntary lawyer to represent Mr. Deans in this action.  This Court has no other source of volunteer attorneys.  Mr. Deans must, therefore, either find an attorney willing to represent him,[5] or represent himself in this action.

**IT IS HEREBY ORDERED:**

1. Mr. Deans shall represent himself in this action, or secure counsel on his own; and

2. Mr. Deans must serve each defendant with a summons and complaint, as explained in the April 3, 2006 Order, at docket number 11, within twenty days of the date of this Order, or this action will be dismissed without further notice.

DATED this 5th day of June, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge

---

[4] *See Mallard v. United States District Court*, 490 U.S. 296, 300-308 (1989).

[5] Mr. Deans may wish to contact the Alaska Bar Association's Lawyer Referral Service, at 272-0352, for assistance in securing counsel, and an initial 1/2 hour, $50.00 consultation.