

RECEIVED
JUN 2 3 2006
CLERK, U.S. DIST...
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Current Case File
3:05-cv-00283-TMB

**Lewis king Deans**

**Vs.**

**Anchorage School District/ Cindy Anderson-official capacity**
**Jerry Sjolander-official capacity**

**Dimond High School-Jim Aronow-Official Capacity Special Ed Chair**
**Civil Rights Complaint**

I MOTION THE COURT THAT I LEWIS DEANS IS FILING APPEAL FROM DISMISSAL OF THE DUE PROCESS HEARING FILED OCTOBER 4, 2006 DISMISSED MAY 19, 2006. THIS IS PART OF THE ORIGINAL COMPLAINT OF THE STAYPUT PROVISION OF WHICH A VERIFICATION OF SUMMARY JUDGEMENT WAS FILED.

I MOTION THE COURT TO TAKE JUDICIAL NOTICE TO SEND OUT SUMMONS THAT HAVE ALREADY BEEN SUBMITTED ON THIS CASE, IT IS IMPERATIVE THAT I LEWIS DEANS HAVE THE SUMMONS SENT OUT, AS NOT TO EXPEND ANY UNECESSARY DELAYS IN THE PROSECUTION OF THIS CAUSE WHICH HAS HAD FAR TOO MANY UNECESSARY DELAYS DUE TO NO FAULT OF MY OWN. SO IF IT PLEASES THE COURT I MOTION THE COURT FOR ALL SUMMONS TO BE SENT OUT TO THE ABOVE PARTIES, SUMMONS WERE SUBMITTED SEVERAL MONTHS AGO. AND IT WILL CAUSE FURTHER DELAY AND HARDSHIP AS I AM INDIGENT AND APPLIED UNDER 1915 (A) WITH THE EXPECTATION OF THE MARSHALL TO BE SENT ON MY BEHALF, SO THAT PROPER UNDELAYED SERVICE TO DEFENDANTS IS GIVEN.