UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  LEWIS KING DEANS  </u>   v.   <u>  ANCHORAGE SCHOOL DISTRICT, et al.  </u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                        CASE NO.  <u> 3:05-cv-00283-TMB </u>

<u> Patty Demeter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: July 6, 2006

    On June 23, 2006, Lewis King Dean submitted an **unsigned** paper in which he says: "I motion the court that I Lewis Dean is filing an appeal from the dismissal of the due process hearing filed October 4, 2006 dismissed May 19, 2006." Mr. Deans also says: "I motion the court to take judicial notice to send out summons that I had already submitted on this case ..."

    However, this action has not been dismissed, and there is nothing to appeal. The Court, on June 6, 2006, ordered Mr. Deans to serve the defendants with a copy of a summons and complaint in this case, as previously ordered in Docket Number 11 on April 3, 2006, and gave Mr. Deans 20 days from June 6, 2006, in order to do so.[1] Thus far, Mr. Deans has not submitted appropriate summons forms for the defendants in this case. If he does not comply with the Court's orders regarding service, this case will be dismissed.[2]

    Mr. Deans has another case before the Court, filed with Felicia King, which was dismissed on June 16, 2006.[3] If Mr. Deans and Ms. King wish to appeal that case, they must file a notice of appeal in that case.

    Mr. Deans should write no letters to the Court but should file any requests for action in the form of a motion. The Clerk of Court will send Mr. Deans a copy of its motion form, PS 12, with a copy of this Order. The Clerk will also send Mr. Deans a notice of appeal form, PS 14, in the event he and Felicia King decide to file an appeal in the case which has been dismissed.

    IT IS SO ORDERED.

---

    [1]  *See* Docket No. 15.

    [2]  *See* FED. R. CIV. P. 4(m)

    [3]  *See King and Deans v. Discovery Luxury Rentals LLC*, Case No. 3:06-cv-00071-TMB, Docket Nos. 10, 11.

[deans 283 minute order.wpd]{IA.WPD*Rev.12/96}