IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS DEANS KING,<br><br>    Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br><br>    Defendants. | Case No. 3:05-cv-00283-TMB<br><br><u>ORDER OF DISMISSAL</u> |

On December 2, 2005, Lewis Deans King, representing himself, filed a civil complaint.[1] Once Mr. Deans complied with the Court's orders,[2] the Court granted his application to waive the filing fee, and directed Mr. Deans to "proceed with the steps outlined in this Order to insure that service of process is completed within thirty days of the date of this order."[3] The Court reminded Mr. Deans again, in its July 6,

---

[1] *See* Docket No. 2.

[2] *See* Docket Nos. 1, 4, 5, 8, 9.

[3] Docket No. 11 at 2.

2006, minute order, that he must follow the instructions regarding service, or his case would be dismissed.[4]

To date, Mr. Deans has failed to take appropriate action to serve any of the defendants, as required by Federal Rule of Civil Procedure 4(m).[5]

**IT IS THEREFORE ORDERED:**

Mr. Deans's case is DISMISSED without prejudice.

DATED this 1st day of August, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge

---

[4] *See* Docket No. 17.

[5] *See* FED. R. CIV. P. 4(m) ("[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice.").