**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

LEWIS DEANS KING,
    Plaintiff,

                                    Case Number 3:05-cv-00283-TMB

v.

ANCHORAGE SCHOOL DISTRICT,
et al.,
    Defendants.               **JUDGMENT IN A CIVIL CASE**

\_\_\_  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**.  The plaintiff has failed to serve any of the defendants as required under the Federal Rules.

      IT IS ORDERED AND ADJUDGED:

      THAT this action is DISMISSED without prejudice.

APPROVED:

_____
/s/TIMOTHY M. BURGESS
United States District Judge

_____
Date: August 1, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                        _____
                                        Ida Romack, Clerk of Court

[deans 283 judgment.wpd]{JMT2.WPT*Rev.3/03}