## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

8/14/2006

**RECEIVED**

AUG 2 1 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Lewis deans

3:05-cv-283

Vs.

Anchorage School District ET all

### MOTION OF RECONSIDERATION

I motion the court to reconsider the decision of dismissal of the case on 8/1/06.

Based on the following facts I Motion the Court for Reconsideration

1. I filed a motion June 19th $^{2006}$ in a humble request to send out summons that was submitted over 6months ago. As was stated that due to some level of stagnation in the Federal District Court concerning this case, any time prolapsed was beyond plaintiff control and plaintiff should not be duly forced to face penalties, not merited by plaintiff. Plaintiff has already faced punitive measures by an unconstitutional disruption and denial of IDEA rights entitled to special educational students.
2. Plaintiff was waiting for a response of either approval or denial of the motion, in which plaintiff requested courts, to have the Marshal deliver notice of complaint, Not for the case to move forward, because plaintiff may have overlooked signing a Motion requesting Marshals to serve defendants. Or not for it to be dismissed, because Plaintiff filed a Motion, humbly requesting assistance of service.
3. Under the circumstance in which time has not been an issue in response to the plaintiff claims or requests of the Federal Court. Plaintiff decided in respect not to garnish any further time, to request service by Marshal is sent out immediately. As it occurs extremely often, without question, when an in forma Pauparis or waiver is part of the filing. Plaintiff does not see why this should have been a great impediment, eventhough it is not an absolute or is not a given.

However due to the unusual time lapse, plaintiff Felt special attention was merited, as far as Marshal Service. And if this was not the case, the expectation of a denial of the Motion, before a dismissal was expected by plaintiff.

4. I motion the Court for Reconsideration of these facts and also request an extension for JUST CAUSE. And an extension of time to serve based on the above.

I humbly submit Motion of reconsideration and I pray that the courts proceed with just cause as reason for approval.

*[signature]*