**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LEWIS DEANS KING,
    Plaintiff,

                            Case Number 3:05-cv-00283-TMB

v.

ANCHORAGE SCHOOL DISTRICT,
et al.,
    Defendants.             **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. The plaintiff has failed to serve any of the defendants as required under the Federal Rules.

        IT IS ORDERED AND ADJUDGED:

        THAT this action is DISMISSED without prejudice.

APPROVED:

_____
/s/TIMOTHY M. BURGESS
United States District Judge

_____
Date: December 6, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

_____
Ida Romack, Clerk of Court

[~3391523.wpd]{JMT2.WPT*Rev.3/03}