UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA



RECEIVED
DEC 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

3:05-cv-00283 TMB

Lewis king Deans

Vs.
Anchorage School District/Cindy Anderson Official Capacity
Jerry Sjolander- Official Capacity
Dimond High School-
Jim Aranow-Official Capacity Special Ed. Chair
ET,ALL

MOTION FOR RECONSIDERATION (SHORT TIME)

I LEWIS DEANS KING AM FILING A MOTION FOR RECONSIDERATION

JUST CAUSE THE ISSUE AT HAND IS CONSTITUTIONAL, INVOLVING CIVIL LIBERTIES
AND SEIZURE OF MY RIGHTS TO PERSONAL PROPERTY TO USE IN ANY STATE GRANTED BY CONGRESSIONAL MANDATES AND THE FEDERAL GOVT., TO ALLOW EQUAL ACCESS TO EDUCATION REGARDILESS OF DISABILITY FURTHER MORE .FOR NO OTHER REASON BUT THE STATE AGENCY ENORMOUS POWER IMPOSED UNDER COLOR OF THE STATE TO DENY ME THAT PROPERTY IN USURPATION OF FEDERAL LAW AND IN VIOLATION 1983. AS IF THERE WAS NEVER A MAGNA CARTER, OR RIGHTS TO PERSON WITHIN THE STATE.
I TRIED WITH GREAT EFFORT TO SEEK RELIEF IMMEDIATELY IN THE COURTS AND WAS DELAYED MOSTLY WAITING FOR AN INFORMA PAUPARIS AND IN REQUESTING LEGAL COUNSEL OF THE COURTS. THIS TOOK THE MAJORITY OF THE TIME, AND CAUSED INSULT TO INJURY, YET SUFFERING FROM DISABILITIES I ENDURED WITH GREAT STRAIN IN WATCHING A WHOLE YEAR OF MY LIFE EATEN AWAY IN SUSPENSION. THIS BEING SAID THE FEDERAL COURTS SHOULD CONSIDER THIS AND ALLOW ME THE CONSTUTIONAL PROTECTIONS OF A PRO SE LITIGANT UNDER EXTREME HARDSHIP, SEEKING TO PUT THE TRUTH ON RECORD AS TO NOT HAVE PERMANANT LIBELIST INFORMATION ON MY EDUCATIONAL RECORD THAT WOULD LIMIT MY LIFE CHANCES, WHEN I ALREADY HAVE HAD TO OVERCOME SO MANY OBSTACLES. PLEASE ALSO RECONSIDER THE FOLLOWING AS I STILL HAVE AT THE MINIMUM 2 YEARS OF ELIGIBILITY OF SPECIAL EDUCATION IN THE STATE OF ALASKA AND FURTHER DELAY WOULD NOT SERVE ME OR THE INTERESTS OF THE COURTS OR THE UNITED STATES WHICH IS CONNECTED BY CONSTITUTIONAL RULE OF LAW..

1. SUMMONS HAS ALREADY BEEN SENT OUT TO SOME DEFENDANTS AND HAVE BEEN SERVED
2. ALTHOUGH I AM DEVELOPMENTALLY DISABLED AND DON'T UNDERSTAND ALL PROCEEDURES, I DID FILE THE ORIGINAL CLAIM IN A TIMELY MANNER AND SUBMITTED COMPLAINT ALONG WITH IT. AND MAY HAVE HAD SOME MISUNDERSTANDING ABOUT SUBMITTING THE COMPLAINT AGAIN IN THE UPDATED SUMMONS DURING THE YEAR TIME LASP OF SEEKING AN ATTORNEY AND APPROVAL OF 1915(A). HOWEVER IT WAS SUBMITTED IN THE ORIGINAL FILING, FOR THE LAWYER WHO REPRESENTED THE DEFENDANTS AT THAT TIME. SO ALTHOUGH THE SUMMONS WERE IN, I WAS TOLD BY THE MARSHAL OFFICE, THAT EACH DEFENDANT HAD TO HAVE A COMPLAINT AND WAS SOMEHOW MADE TO BELIEVE AS LONG AS I HAD THE SUMMONS IN I HAD TIME IN WHICH TO SUBMIT THE COMPLAINT AGAIN. SO THIS ADDED MORE CONFUSION IN THINKING I HAD A LITTLE MORE TIME TO GATHER THE MONEY TOCOPY PRINT AND COLLATE AND UPDATE NOW 13 COPIES . AND THIS IS WHAT DELAYED THE PROCESS. BUT THE SUMMONS WERE IN WHICH SHOWS THAT I DID NOT IGNORE ANY ORDER JUST MISUNDERSTOOD, SINCE I KNEW I HAD ALREADY SUBMITTED A COMPLAINT.
3. I WAS NOT AWARE THAT THE MARSHAL AND COURT CLERK OFFICE WAS NOT CONNECTED. IN OTHER JURISDICTIONS THEY ARE. AND ONCE THE FILING OF 1915(A) IS GRANTED, THE COURT PROCEEDS ON YOUR BEHALF IN THE SUMMONS WITH THE MARSHAL OFFICE AS AN INTERCONNECTION. THIS ALSO ADDED TO THE CONFUSION.
4. PLEASE ALLOW THAT JURISDICTIONS WORK DIFFERENTLY, AND I HAD TAKEN A CLASS IN ANOTHER JURISDICTION AND WAS MADE TO BELIEVE THE MARSHAL AND COURTS WORK TOGETHER, SO ONE WOULD KNOW WHEN SUMMONS WERE IN. PLEASE UNDERSTAND I AM NOT LOOKING FOR AN EXCUSE, JUST TELLING THE TRUTH AND
5. ASKING THE COURT TO CONSIDER THAT EDUCATION AND ISSUES WHICH LIMIT ACCESS, LEADS TO A LOT OF LIFE LOSSES, AND IRREPREBLE DAMAGE. SO I PLEAD WITH THE COURT AND THE HONORABLE JUDGE WHO HAVE ALREADY ACKNOWLEDGED SOME LEVELS OF DISABILITIES IN ME. TO ALLOW PATIENCE TO PREVAIL AS I HAVE ALSO BEEN VERY PATIENT WHILE A YEAR AND MORE OF EDUCATION IS LOST FOREVER AND CAN NEVER BE RETRIEVED, AND I REQUEST BECAUSE OF THAT FACT, LET US PLEASE PROCEED IN GOING FORTH, IN THE INTEREST OF A JUST CAUSE. I PRAY THAT THE COURT GRANTS MOTION FOR RECONSIDERATION WHILE THE SUMMONS ARE BEING SERVED.

*Linis K. Dean*