| U.S. Department of Justice<br>United States Marshals Service | | | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | | |
|---|---|---|---|---|---|
| PLAINTIFF<br>Lewis Deans | | | | COURT CASE NUMBER<br>3:05-CV-00283 TMB | |
| DEFENDANT<br>Krista Shank | | | | TYPE OF PROCESS | |
| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Krista Shank | | | | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) | | | | |
| AT | 2909 W. 88Th Ave. Anchorage, AK 99502 | | | | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | | | Number of process to be served with this Form - 285 | 1 |
| ⌐ Lewis Deans | | | | Number of parties to be served in this case | 1 |
| | | | | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                       Fold

RECEIVED
DEC 1  2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Lewis Deans* | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>10/26 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 3 | District to Serve<br>No. 3 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/12/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | | | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|---|---|---|---|
| Address (complete only if different than shown above) | | | | | Date of Service<br>12/14/06 | Time<br>0815 am/pm |
| | | | | | Signature of U.S. Marshal or Deputy | |
| Service Fee<br>8 of 9 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: served directly to principal Cheryl Guyold

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

**ORIGINAL**

_____ District of _____

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Croyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00283TMB

TO: (Name and address of Defendant)

Krista Shank
2909 W. 88th Ave.
Anchorage, AK 99502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

REDACTED SIGNATURE

(By)

November 2, 2006

DATE