U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF Lewis Deans | COURT CASE NUMBER 3:05-CV-00283 |
| DEFENDANT Art Arnold | TYPE OF PROCESS 3 |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Art Arnold

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 801 W. 10th St. Suite 200, Juneau, AK 99801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lewis Deans

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED
DEC 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE 10/26

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 0 | District to Serve No. 0 | Signature of Authorized USMS Deputy or Clerk | Date 12/13/06 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service 12/14/06 | Time 0815 am |

Signature of U.S. Marshal or Deputy

5 of 9

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Served directly to principal Cheryl Guyett

| | | |
|---|---|---|
| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ORIGINAL

District of _____

Lewis Deans

V.

Cindy Andersson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00263 TMB

TO: (Name and address of Defendant)

Art Arnold
801 W. 10th St Suite 200
Juneau, AK 99801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

November 2, 2006

CLERK

DATE

**REDACTED SIGNATURE**