**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Lewis Deans S | COURT CASE NUMBER: 2:05-CV-00283TMB |
| DEFENDANT: Cindy Anderson | TYPE OF PROCESS |

RECEIVED DEC 19 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Cindy Anderson

AT ADDRESS: 5530 E Northern Lights Blvd Anchorage, AK 7504

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lewis Deans

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 10
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 10/27
Signature: Lewis Deans

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 6
District to Serve: No. 6
Signature of Authorized USMS Deputy or Clerk
Date: 12/13/06

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/16/06
Time: am/pm
Signature of U.S. Marshal or Deputy

Service Fee: $8  Mail fee
Total Mileage Charges (including endeavors): 5.60
Forwarding Fee:
Total Charges: $13.60
Advance Deposits:
Amount owed to U.S. Marshal or Amount of Refund:

REMARKS: Sent out certified - RR - restricted
Returned 12-18-06

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of

**ORIGINAL**

Lewis Deans

Cindy Anderson
Sharon Shumacher
Jerry Splander
Jim Arnold
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

V.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05-cv-00283TMB

TO: (Name and address of Defendant)

Cindy Anderson
5530 E Northern Lights Blvd.
Anchorage, AK 99504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

REDACTED SIGNATURE

(By)

November 2, 2006
DATE

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

ANCHORAGE AK 99504

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | 5.600 |

Postmark Here — DEC 13 2006 — 12/13/2006

7001 2510 0002 1407 6536

Sent To: Cindy Anderson
Street, Apt. No. or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cindy Anderson
5530 W. Northernlights
Anchorage, AK
99504

2. Article Number (Transfer from service label): 7001 2510 0...

PS Form 3811, August 20..

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Cameron   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Cameron
C. Date of Delivery: 12/16/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2006 DEC 28 — U.S. MARSHAL SERVICE ALASKA RECEIVED



Cindy Anderson
5530 W. Northern Lights Blvd
Anchorage, AK 99504

7001 2510 0002 1407 6536

**U.S. Department of Justice**
United States Marshals Service
District of Alaska

222 West 7th Avenue, #28
Anchorage, AK 99513-7568

Official Business
Penalty for Private Use $300

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7001 2510 0002 1407 6536

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509