U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | Lewis Deans | COURT CASE NUMBER | 3:05-CV-00283TMB |
|---|---|---|---|
| DEFENDANT | Sharon Shumacker | TYPE OF PROCESS | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sharon Shumacher

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** aska an...

RECEIVED  
DEC 28 2006  
CLERK U.S. DISTRICT COURT  
ANCHORAGE, ALASKA

SEND NOTICE...

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: *Lewis Deans*  
☑ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: 907-344-5151  
DATE: 10/26

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 12/12/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): Mail box

| Date of Service | Time | |
|---|---|---|
| 12-18-06 | | am / pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8 | 5.36 | | $13.36 | | | |

REMARKS: Sent out certified - RR

Returned 12-26-06

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

**ORIGINAL**

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00283TMB

TO: (Name and address of Defendant)

Sharon Shumacher

YOU ARE HEREBY SUMMONED ... to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans
205 E. Dimond Blvd. #112
Anchorage, AK 99515

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA [REDACTED]

November 2, 2006
DATE

**REDACTED SIGNATURE**



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0002 1407 6512 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-01-M-2509 |

U.S. Department of Justice
United States Marshals Service
District of Alaska
222 West 7th Avenue, #28
Anchorage, AK 99513-7568
Official Business
Penalty for Private Use $300

*Sharon Shumacker*


7001 2510 0002 1407 6512
CERTIFIED MAIL

