Stephen C. Slotnick
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-6722
Facsimile: (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us

Attorney for the Alaska, Department of Education and Early Development, Art Arnold, and Sharon Schumacher.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00283-TMB |

**Entry of Appearance**

Assistant Attorney General Stephen C. Slotnick enters his appearance on behalf of the state defendants Sharon Schumacher, Art Arnold, and the Alaska Department of Education and Early Development. This entry of appearance does not waive any argument that the state defendants have not been properly served and thus are not actually defendants in this action.

TALIS J. COLBERG
ATTORNEY GENERAL

By: *[signature]*

Stephen C. Slotnick
Assistant Attorney General
Alaska Bar No. 9011113

**Certificate of Service**

The undersigned hereby certifies that on January 3, 2007, a copy of the foregoing document was sent via USPS, first class postage pre-paid, to the following attorneys and parties of record:

Bradley D. Owens, Esq.
Raymond E. Goad, Esq.
Jermain, Dunnagan, & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

Lewis King Deans
310 West 76th Ave., Apt. E
Anchorage, AK 99518

*[signature]*
Tim Nault, Law Office Assistant