IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ANCHORAGE SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) Case No. 3:05-cv-00283-TMB |

## ORDER

The State's motion to dismiss the State Defendants, Art Arnold, Sharon Schumacher, and the Alaska Department of Education is GRANTED. This court does not have jurisdiction to hear this matter because plaintiff has failed to exhaust his administrative remedies. This action is dismissed with prejudice.

Timothy M. Burgess
United States District Judge