Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett,
James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>            Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br>            Defendants. | Case No. 3:05-cv-00283-TMB |

## ENTRY OF APPEARANCE

            COMES NOW the law firm of JERMAIN, DUNNAGAN & OWENS, P.C. and

enters its appearance on behalf of defendants Jerry Sjolander, Cindy Anderson, Cheryl Guyett,

James Aronow, Julye Neel, Kristin Shank and Debi Wilson, and requests that copies of all future

pleadings and documents be sent to it at 3000 'A' Street, Suite 300, Anchorage, Alaska 99503-

4097.

DATED at Anchorage, Alaska, this 3rd day of January, 2007.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for, Jerry Sjolander, Cindy Anderson,
Cheryl Guyett, James Aronow, Julye Neel, Kristin
Shank and Debi Wilson.


By:     */s/ Raymond E. Goad, Jr.*
        Bradley D. Owens
        Alaska Bar No. 7610122

        Raymond E. Goad, Jr.
        Alaska Bar No. 0111062

        Jermain, Dunnagan & Owens, P.C.
        3000 A Street, Suite 300
        Anchorage, AK 99503
        Tel: (907) 563-8844
        Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this
3rd day of January, 2007, a true and correct
copy of ***Memorandum Supporting Motion to
Dismiss District Defendants*** was served on:

Lewis King Deans
310 West 76th Ave., Apt.  E
Anchorage, AK 99518

by first class mail, if an address is indicated above,
or by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.


*/s/Raymond E. Goad, Jr.*
Raymond E. Goad, Jr.