Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett,
James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>         Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br>         Defendants. | Case No. 3:05-cv-00283-TMB |

## MOTION TO DISMISS THE
## ANCHORAGE SCHOOL DISTRICT EMPLOYEE DEFENDANTS

COMES NOW Defendants, Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank, and Debi Wilson each in their official capacities as employees of the District by and through their attorneys of record, and pursuant to Fed. R. Civ. P. 12(b)(1), (b)(5) and (b)(6), moves to dismiss plaintiff's claims against them.  This motion is supported by the pleadings on file and the memorandum filed concurrently herewith.

DATED at Anchorage, Alaska this 3rd day of January, 2007

        JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for, Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

By: */s/ Raymond E. Goad, Jr.*
    Bradley D. Owens
    Alaska Bar No. 7610122

    Raymond E. Goad, Jr.
    Alaska Bar No. 0111062

    Jermain, Dunnagan & Owens, P.C.
    3000 A Street, Suite 300
    Anchorage, AK 99503
    Tel: (907) 563-8844
    Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this
3rd day of January, 2007, a true and correct
copy of ***Motion to Dismiss for Failure to State a Claim and Absence of Service of Process***
was served on:

Lewis King Deans
310 West 76th Ave., Apt. E
Anchorage, AK 99518

by first class mail, if an address is indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Raymond E. Goad, Jr.*
Raymond E. Goad, Jr.
3227.1212/142670