Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett,
James Aronow, Julye Neal, Kristin Shank and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 3:05-cv-00283-TMB |

### (PROPOSED) ORDER GRANTING MOTION TO DISMISS THE ANCHORAGE SCHOOL DISTRICT EMPLOYEE DEFENDANTS

Having considered the Anchorage School District's Motion to Dismiss and any opposition thereto,

IT IS HEREBY ORDERED that Motion to Dismiss Anchorage School District Employee Defendants is GRANTED.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

_____
Hon. Timothy M. Burgess
U.S. District Court Judge

{00142720 }

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this
3rd day of January, 2007, a true and correct
copy of *Motion to Dismiss for Failure to State a Claim*
*and Absence of Service of Process*
was served on:

Lewis King Deans
310 West 76th Ave., Apt. E
Anchorage, AK 99518

by first class mail, if an address is indicated above,
or by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.


*/s/ Raymond E. Goad, Jr.*
Raymond E. Goad, Jr.