U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Lewis Deans | COURT CASE NUMBER 3:05-CV-00283 |
|---|---|
| DEFENDANT Art Arnold | TYPE OF PROCESS 3 |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Art Arnold

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 801 W. 10th St. Suite 200 Juneau, AK 99801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lewis Deans

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                    Fold

RECEIVED

DEC 1 8 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE 10/26 |
|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 12/13/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 12/14/06 | Time 0815 ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee 5 of 9 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Served directly to principal Cheryl Guyett

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

EXHIBIT 1
Page 1 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Lewis Deans

                                    **SUMMONS IN A CIVIL ACTION**

        V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aronow            CASE NUMBER: 3:05-CV-00283 TMB
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Goyette

TO: (Name and address of Defendant)

Art Arnold
801 W. 10th St Suite 200
Juneau, AK 99801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

DA RIMACS                         November 2, 2006

CLERK                             DATE

**REDACTED SIGNATURE**

EXHIBIT 1
Page 2 of 17

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05-cv-00283 Tmb |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Krista Shanks | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Krista Shank

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 2909 W. 88Th Ave. Anchorage, AK 99502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lewis Deans

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                         Fold

RECEIVED

DEC 1  2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10/26 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 0 | District to Serve No. 0 | Signature of Authorized USMS Deputy or Clerk | Date 12/12/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 12/14/06 | Time 0815  am / pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

8 of 9

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: served directly to principal Cheryl Guydt

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

EXHIBIT 1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ORIGINAL

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Deben Wilson
Art Arnold
Cheryl Ooyette

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Krista Shank
2909 W. 88th Ave.
Anchorage, AK 99502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

(BY)

**REDACTED SIGNATURE**

November 2, 2006

DATE

EXHIBIT 1
Page 4 of 17

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05-cv-00283 TMB |
| DEFENDANT | TYPE OF PROCESS |
| Debra Wilson | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Debra Wilson

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2909 W. 88Th Ave. 99502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lewis Deans

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                              Fold

**RECEIVED**

DEC 15 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Signature of Attorney or other Originator requesting service on behalf of:
☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 10/26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | | 12/13/06 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 12/14/06   Time: 0815   am ☐ pm ☐ |
| 9 of 9 | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:  served directly to principal Cheryl Guyott

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____     ORIGINAL

Lewis Deans

V.

**SUMMONS IN A CIVIL ACTION**

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Goyette

CASE NUMBER: 3:05-cv-00283 TMB

TO: (Name and address of Defendant)

Debra Wilson
2909 W. 88th Ave
Anchorage, AK 99502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

November 2, 2006
DATE

**REDACTED SIGNATURE**

EXHIBIT 1
Page 6 of 17

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF  *Lewis Deans* | COURT CASE NUMBER  3:05 CV-00263 |
|---|---|
| DEFENDANT  *Julie Neal* | TYPE OF PROCESS |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Julie Neal*

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**  *2909 W. 88th Ave Anchorage AK 99502*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

*Lewis Deans*

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

**RECEIVED**

DEC 15 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| Signature of Attorney or other Originator requesting service on behalf of:  *Lewis Deans*   ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE  10/26/06 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date  12/12/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service  12/14/06 | Time  0815  ☐ am  ☐ pm |
| *4 of 9  10m R/T* | Signature of U.S. Marshal or Deputy | |

| Service Fee  $45 | Total Mileage Charges (including endeavors)  4.45 | Forwarding Fee | Total Charges  49.45 | Advance Deposits | Amount owed to U.S. Marshal or  $49.45 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  *served directly to the principal*
*Cheryl Buyett*

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|


EXHIBIT 1
Page 7 of 17

🐾AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

# ORIGINAL

District of _____

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Goyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-cv-00283 TMB

TO: (Name and address of Defendant)

Julie Neal
2909 W. 66th Ave
Anchorage, AK 99502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

DATE  November 2, 2006

REDACTED SIGNATURE

CLERK

(BY)

EXHIBIT 1
Page 8 of 17

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05 CV-00283 Tmb |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Cheryl Guyette | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Cheryl Guyette

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 2909 W. 88th Ave Anchorage, AK 99502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lewis Deans

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                      Fold

**RECEIVED**

DEC 1 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 9 | DATE 10/26 |
|---|---|---|---|
| Lewis Deans | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 12/13/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service 12/14/06 | Time 0815 am pm |
| 6 of 9 | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: served directly to principal Cheryl Guyett

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

EXHIBIT 1
Page 9 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of _____

**ORIGINAL**

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05-CV-00283TMB

TO: (Name and address of Defendant)

Cheryl Guyette
2909 W. 66th Ave
Anchorage, AK 99502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

A.

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

**REDACTED SIGNATURE**

CLERK

(By)

November 2, 2006

DATE

EXHIBIT 1
Page 10 of 17

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05CV-00283Tmb |
| DEFENDANT | TYPE OF PROCESS |
| Jim Aranow | |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Jim Aranow |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 2909 W. 88th Ave  Anchorage, AK 99502 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| ⌐ Lewis Deans | Number of process to be served with this Form - 285 : 1 |
| | Number of parties to be served in this case |
| ∟ | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                Fold

**RECEIVED**

DEC 1 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| Signature of Attorney or other Originator requesting service on behalf of: _Lewis Deans_ | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 10/26 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 12/12/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 12/14/06 | Time 0815 am / pm |
|---|---|---|
| 1 of 9 | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Served directly to principal Cheryl Guyett

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

EXHIBIT 1
Page 11 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of

**ORIGINAL**

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Jim Aranow
2909 W. 88th Ave
Anchorage, AK 99502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

(-)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

REDACTED SIGNATURE

November 2, 2006

DATE

EXHIBIT 1
Page 12 of 17











U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
ENTRY BOOKS
**$ 05.60⁰**
02 1A
0004202351    DEC 13 2006
MAILED FROM ZIP CODE 99501

U. S. POSTAGE
PAID
ANCHORAGE, AK
DEC 99501
06
AMOUNT
**$0.00**
00033218-07

99504

0000

FIRST CLASS

RETURN RECEIPT
REQUESTED

*Cindy Anderson*
*5530 W. Northern Lights Blvd*
*Anchorage, AK 99504*

7001 2510 0002 1407 6536

**U.S. Department of Justice**

*United States Marshals Service*

*District of Alaska*

*222 West 7th Avenue, #28*
*Anchorage, AK 99513-7568*

Official Business
Penalty for Private Use $300

EXHIBIT 1
Page 13 of 17

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____

Lewis Deans

V.                                          **SUMMONS IN A CIVIL ACTION**

Cindy Anderson
Sharon Shumacher
Jerry Splander
Jim Aranson
Julie Neal                           CASE NUMBER: 3;05-cv-00283TMB
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

TO: (Name and address of Defendant)

Cindy Anderson
5530 E Northern Lights Blvd.
Anchorage, AK 99504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans
205 E. Dimond Blvd #112
Anchorage, AK 99515

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK                                        November 2, 2006
                                             DATE

(By) DEPUTY CLERK

EXHIBIT 1
Page 14 of 17



EXHIBIT 1
Page 15 of 17

**U.S. Department of Justice**

*United States Marshals Service*
*District of Alaska*

*222 West 7th Avenue, #28*
*Anchorage, AK 99513-7568*

Official Business
Penalty for Private Use $300

7001 2510 0002 1407 6529

RETURN RECEIPT
REQUESTED

*Jerry Sjolander*
*801 W. 10ᵗʰ St. Suite 200*
*Juneau, AK 99801*

FIRST CLASS



UNITED STATES POSTAGE
$ 05.60°
MAILED FROM ZIP CODE 99513



EXHIBIT 1
Page 16 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Jerry Sjolander
4600 Debarr Rd
Po. Box 196614
Anchorage, AK 99519

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans
209 E Dimond Blvd #112
Anchorag, AK 99515

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
_____
CLERK

(By) DEPUTY CLERK

_____November 2, 2006_____
DATE

EXHIBIT 1
Page 17 of 17