Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neal, Kristin Shank and Debi Wilson.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

LEWIS KING DEANS,

    Plaintiff,

vs.

ANCHORAGE SCHOOL DISTRICT, et al.,

    Defendants.

Case No. 3:05-cv-00283-TMB

## AFFIDAVIT OF EUDORA FRACZEK

Eudora Fraczek, being first duly sworn upon oath, states as follows:

1. I am employed as the Director of Federal and State Compliance for the Special Education Department of the Anchorage School District

2. One of my job duties in my position with the Anchorage School District is to monitor all proceedings relating to the provision of special education services within the Anchorage School District, including requests for due process hearings, and litigation filed against either Anchorage School District or its employees in their official capacities.

{00142707}



EXHIBIT 2
Page 1 of 2

3. Neither the Chief Executive Officer of the Anchorage School District, nor her secretary, have been served with a summons or complaint in the above captioned matter either personally, by mail, or by any other method.

4. Since the request for a due process hearing which was dismissed by Independent Hearing Officer Andrew Lebo on May 19, 2006, neither Lewis King Deans nor Felicia King have filed any request for a due process hearing to which the Anchorage School District is a party.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 3rd day of January, 2007

_____
Eudora Fraczek

SUBSCRIBED AND SWORN to before me this 3 day of Jan., 2007

(SEAL)

_____
Notary Public in and for the State of Alaska

My Commission Expires: 3/20/07



EXHIBIT 2
Page 2 of 2

{00142707}

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322