10/19/05 WED 14:20 FAX 907 465 2806    DOE SPECIAL EDUCATION                              ☒003

10/11/05 TUE 08:55 FAX 907 465 2806    DOE SPECIAL EDUCATION                              ☒002

# NOTICE OF REQUEST FOR DUE PROCESS HEARING

Information that is requested in all shaded boxes must be provided. This form may be completed by the parent of the child with a disability or, if appropriate, the attorney representing the child or youth. In the case of a homeless child or youth, provide available contact information and the name of the school the child is attending.

| 1. CHILD | | | |
|---|---|---|---|
| **CHILD'S NAME** | **CHILD'S ADDRESS** | | **CHILD'S DATE OF BIRTH** |
| Louis King, Deans 2 | 310 W. 76th Ave Apt E Anchorage, AK 99518 | | 3-28-86 |
| **SCHOOL/PROGRAM CHILD ATTENDS** | **SCHOOL/PROGRAM ADDRESS** | | **SCHOOL CONTACT NAME & NUMBER** |
| Dimond High School | 2909 W. 88th Ave Anchorage, Alaska 99502 | | Jim Ayanow 907-742-7000 |
| **PARENT/GUARDIAN** | **PARENT/GUARDIAN ADDRESS (if different)** | | **PARENT/GUARDIAN PHONE NUMBER** |
| Felicia King | | | 344-5751 |
| **ATTORNEY** | **MAIL TO: (make client's contact here)** | | |
| Interviewing Attorneys | | | |

Parent/Guardian Signature: _Felicia King - Lenny B. Deans_

Date: _10/11/05_ fax - _10/4/05 original filing_

EXHIBIT 3
Page 1 of 3

10/11/05 TUE 16:38 FAX 907 465 2806    DOE SPECIAL EDUCATION                              ☒005

Oct 19 2005 4:03PM    ASD SPECIAL ED    907 742-4289    p.3

10/19/05 WED 14:20 FAX 907 465 2806   DOE SPECIAL EDUCATION   ☒004

PARENTS CAN REQUEST A HEARING IF THEY DISAGREE WITH THE IDENTIFICATION, EVALUATION, EDUCATIONAL PLACEMENT OR PROVISION OF A FREE APPROPRIATE PUBLIC EDUCATION (FAPE) TO THEIR CHILD.

Failure to Provide Fape in Timely manner. Ostracization of Entitlements And Enjoyment Things { Causation of Scorn And Emotional Injury As in Vulnerous prying on weak and Injured. Deprived Lewis of Entitlement. of Property since Aug 24, 2005 School And District Changed on a whim in confusion as to what is Appropriate - Deprivation of Fape And Allowing Lewis To Start school in accordance with Fape

22

EXHIBIT 3
Page 2 of 3

10/11/05 TUE 16:38 FAX 907 465 2806   DOE SPECIAL EDUCATION   ☒004

Oct 19 2005 4:03PM   ASD SPECIAL ED   907 742-4289   p.4

Compensatory services from Aug 24, 2005 – Until-
Continuum of services in Private Academic Tutoring
to continue at Sylvan Learning Center. For Math and
Reading Remediation and Post Secondary Preparation
To be used as Supplementary Education Services
And seeking reimbursement for any money spent on the
Part of Felicia King and Lewis King Deans II.

Request of Private Placement at Public Expense in regards to
300.500-300.517 and 300.551 (Continuum of) Alternative Placement
(a)(1)(b)(i)(2) 20 U.S.C. 1413 (a)(15) ⇒ Unless School And District
Provides Fape At 5 Days Before Due Process Hearing Concerning Content
State Standards And services in Accordance with Alaska State Standards
And IDEA Eligibility regarding Lewis 2 Deans/King

EXHIBIT 3
Page 3 of 3