**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT

ERIC J. BROWN
SARAH J. JOSEPHSON
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

SERVING ALASKANS SINCE 1976

December 5, 2005

Andrew M. Lebo
425 G Street, Suite 920
Anchorage, AK 99501

Lewis Deans
Felicia King
310 W. 76th Avenue, Apt. E
Anchorage, AK 99518

Re:   L.D. (by Felicia King) v. ASD
      DEED DPH #06-08

Dear Mr. Lebo, Mr. Deans, and Ms. King:

In response to the letter from Mr. Lebo dated November 25, 2005 in the above matter, I called 344-5151 and 632-9070 on December 1 and left a message at the first number and spoke with Mr. Deans at the second number. I explained that Mr. Lebo had asked me to call to see if we could arrange an appropriate time for a pre-hearing conference during the week of December 5. Mr. Deans advised me that his mother was not at home but he would provide my message to her and ask her to call me, as I had requested. Despite the messages left, I received no contact from Ms. King.

If Ms. King is unable or unwilling to proceed with the matter at this time, we will request dismissal of this matter. However, it is possible that Ms. King has contacted Mr. Lebo about the matter in response to his November 25 letter. If not, it would be appropriate to dismiss this matter.

Very truly yours,

JERMAIN, DUNNAGAN & OWENS, P.C.

Bradley D. Owens

BDO:jf-w

cc:   Eudora Fraczek

3227.1150 - #111751

EXHIBIT 5
1 of 1