**Jermain Dunnagan & Owens, P.C.**
LAW OFFICES

WILLIAM K. JERMAIN
CHARLES A. DUNNAGAN
BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

DIANE F. VALLENTINE
W. MICHAEL STEPHENSON
ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT

ERIC J. BROWN
SARAH J. JOSEPHSON
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

SERVING ALASKANS SINCE 1976

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

December 8, 2005

Andrew M. Lebo
425 G Street, Suite 920
Anchorage, AK 99501

Lewis Deans
Felicia King
310 W. 76th Avenue, Apt. E
Anchorage, AK 99518

Re: L.D. (by Felicia King) v. ASD
DEED DPH #06-08

Dear Mr. Lebo, Mr. Deans, and Ms. King:

On December 6, I again called 344-5151 and 632-9070 and left a message at the second number where Mr. Deans identifies himself and requests that the caller leave a message. I again explained that Mr. Lebo had asked me to call to see if we could arrange an appropriate time for a pre-hearing conference. I requested that Mr. Deans provide my message to his mother for her to call me. Despite the messages left, I received no contact from Ms. King or Mr. Deans.

Ms. King appears to be unable or unwilling to proceed with the matter at this time. ASD believes dismissal of this matter is appropriate under these circumstances. In addition, if Ms. King has not contacted Mr. Lebo in response to his November 25 letter, that is another reason why it is appropriate to dismiss this matter.

Very truly yours,

JERMAIN DUNNAGAN & OWENS, P.C.

Bradley D. Owens

BDO:jf-w

cc: Eudora Fraczek

3227.1150 - #111900

EXHIBIT 4
Page 1 of 1