**ANDREW M. LEBO**
ATTORNEY AT LAW
425 G STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TEL (907) 276-8275   FAX (907) 278-4848

December 20, 2005

Felicia King & Louis Deans
310 W. 76th Ave., Apt. E
Anchorage, AK 99518

Re: Due Process Hearing No. 06-08

Dear Ms. King and Mr. Deans:

I write to follow up on my November 25 letter regarding this due process hearing matter, initiated by Ms. King on behalf of Mr. Deans in early October, regarding Mr. Deans' education in the Anchorage School District. In my letter I set forth the sequence of events that has taken place since you requested the hearing. In addition, I directed that you and the district communicate about setting up a pre-hearing conference, and that you send me a copy of a document authorizing Ms. King to act on behalf of Mr. Deans, who is over age 18. I would certainly prefer to speak with you on the phone about this matter, but in your last letter to me you asked me not to call you.

Since sending my November 25 letter, I have not heard from you at all regarding this matter. I have no idea how you are progressing in finding an attorney, whether you are willing to proceed without an attorney, or whether you have any questions about the matters discussed in my November 25 letter. I have received copies of two letters from ASD's attorney, Brad Owens, where he says he attempted to communicate with you but that you have not returned his calls. Also, in an earlier letter ASD stated that you hadn't participated in a "resolution meeting" regarding the issues raised in your request for hearing.

When a due process hearing is requested, it's necessary for parents and students to participate in the process and to communicate with the hearing officer. Unfortunately it appears at this time that you've stopped participating, for unknown reasons. Therefore, I request that either or both of you contact me by phone or by letter as soon as possible after you receive this letter, so that we can discuss whether you still wish to proceed to a hearing regarding the issues raised in your original request for hearing.

It is my job to provide a neutral forum for parents and students to air grievances they may have concerning special education services. Thus, if you've been unable to obtain an attorney, I certainly remain willing to try to help guide you through the process. If you don't participate in the process, however, the process cannot move forward. I hope to hear from you soon.

Very truly yours,

Andrew Lebo

cc: Brad Owens; Sharon Schumacher, D.E.E.D.

EXHIBIT 7
Page 1 of 1