**JDO**

**Jermain Dunnagan & Owens, P.C.**

LAW OFFICES

| | | |
|---|---|---|
| WILLIAM K. JERMAIN | DIANE F. VALLENTINE | ERIC J. BROWN |
| CHARLES A. DUNNAGAN | W. MICHAEL STEPHENSON | SARAH J. JOSEPHSON |
| BRADLEY D. OWENS | ANDRENA L. STONE | RAYMOND E. GOAD, JR. |
| RANDALL G. SIMPSON | EUGENIA G. SLEEPER | MICHELLE L. BOUTIN |
| HOWARD S. TRICKEY | MARK P. MELCHERT | CHERYL MANDALA |
| GARY C. SLEEPER | | CAROLINE P. WANAMAKER |
| SAUL R. FRIEDMAN | | |

3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503-4097

TELEPHONE (907) 563-8844
FAX (907) 563-7322
E-MAIL info@jdolaw.com

S E R V I N G   A L A S K A N S   S I N C E   1 9 7 6

February 10, 2006

Andrew M. Lebo
425 G Street, Suite 920
Anchorage, AK 99501

Lewis Deans
Felicia King
310 W. 76th Avenue, Apt. E
Anchorage, AK 99518

Re:   L.D. (by Felicia King) v. ASD
      DEED DPH #06-08

Dear Mr. Lebo, Mr. Deans, and Ms. King:

Since my letter dated December 8, 2005, I have received no contact from Ms. King or Mr. Deans concerning the above matter. Both Ms. King and Mr. Deans appear to be unable or unwilling to proceed with the matter at this time. ASD believes dismissal of this matter is appropriate under these circumstances.

Therefore, pursuant to 20 U.S.C. §1415(f) and AS 14.30.193(d), ASD requests the Hearing Officer to dismiss this due process hearing request with prejudice. This is based on the refusal and failure of the parent or student to timely pursue and comply with the procedural requirements for the hearing.

Please let me know if you have any questions or if I can provide any further information.

Very truly yours,

JERMAIN, DUNNAGAN & OWENS, P.C.

Bradley D. Owens

cc:   Eudora Fraczek

3227.1150 - #114444

EXHIBIT 8
page 1 of 1