**ANDREW M. LEBO**
ATTORNEY AT LAW
425 G STREET, SUITE 920
ANCHORAGE, ALASKA 99501

TEL (907) 276-8275   FAX (907) 278-4848

Louis Deans
Felicia King
205 E. Dimond Blvd. Ste. 112
Anchorage, AK 99515

February 17, 2006

Re: L.D., Due Process Hearing No. 06-08

Dear Mr. Deans and Ms. King:

    Please call Disability Law Center at 565-1002. Tell them that you are calling because I told you to call, and ask to speak with Sonja Kerr, their lead attorney on special education matters. Ms. Kerr will speak with you about your case. If you still wish to pursue your due process hearing, I believe it is essential that you obtain the assistance of an attorney. Thank you.

Very truly yours,

Andrew Lebo

cc: Brad Owens

EXHIBIT 9
Page 1 of 1