RECEIVED
JAN 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES
DISTRICT COURT OF ALASKA

Jan 13, 2007

Lewis King Deans  
Plaintiff

case No. 3:05-cv-00283-TMB

Vs.

Achorage School District  
Et, al  
Defendents

**PROSPOSED DENIAL OF ORDER GRANTING MOTION TO DISMISS**

I MOTION THE COURT TO TAKE JUDICIAL NOTICE THAT ANCHORAGE SCHOOL DISTRICT AND ALASKA EARLY EDUCATION AND DIMOND HIGH SCHOOL EMPLOYEES FAILED TO SERVICE ITS OBLIGATIONS UNDER IDEA IN BREACH OF CONTRACT WITH THE FEDERAL GOVT AND TAX PAYERS, THEY HAD NO CONTRACT WITH VERMONT. THAT FAILURE TO SERVICE CONTRACTUAL OBLIGATIONS DOWN TO THE DETAILS OF IDEA LAW AND STATUES HAVE SIGNIFICANTLY MORE OF A PREPONDERANCE OF BURDEN, THEN ME BEING A DISABLED YOUTH NOT KNOWING EVERY LITTLE SOPHISTICATION OF SERVICE TO THIS COMPLAINT TO PROTECT MY EDUCATIONAL RIGHTS GUARANTEED BY CONGRESSIONAL MANDATES, I AM DISABLED AND ALLOWED MINOR FLEXIBILITY BY LAW AND PURPOSES TO PROTECT MY FUTURE AND RECORDS. BUT WHAT ABOUT THE LEA AND SEA MAJOR, AND NON- EXCUSABLE FAILURE TO SERVICE THEIR OBLIGATIONS OF THEIR CONTRACT? AND PUTTING FALSE INFORMATION OF EDUCATIONAL RECORDS?

Having submitted a Verification Motion Summary Judgement, a sworn Affidavitt, as evidence. It requires that each and every allegation be answered specifically. There are 100 statements that need to be answered or denied specifically and supported by substantiated evidence on defendants part.

I Motion the court to take Judicial Notice of the specificity requirement in Verification of Motion of Summary Judge answer.

Defendants answers is lacking and too insufficient propose anything, but that the Injunction be Granted since IDEA assumes automatic injunction anyway based on the Supreme Court ruling of the Stay-Put Provision.

I Motion the court to take Judicial Notice that Quoting Federal Laws and Statues does not answer the 100 statements that is required to propose any kind of dissmissal.

I motion the judge to take judicial notice that the Exhaustion of Administrative remedies is not required when there is evidence of a breach that would have made an Exhaustion of Administrative Remedies futile. And the School District Disgreed with itself, first agreeing to special education services, then denying special education eligibility. Plaintiff disagreed with School District disagreeing with itself, so last agreement to IDEA Eligibility stays put. Therefore Stay put comes before Due Process, which defendants breached and tried to put due process before stay put, encouraging illegal futility of exhaustion of Administrative Remedies. Which then Plaintiff filed in Federal District Court in preservation of educational rights to IDEA eligibility.

I motion the court to take Judicial notice that Lewis Deans is now consulting with attorneys and that no hasty action be taken, because the Anchorage School District has access to millions and a Law Firm. Both could have easily solved this before it came to court and refused to. Now they seek to act like it never came to Court and is not appealable.

I Motion the Court to take Judicial Notice that nothing be granted but right to Due Process of Law and the protection of my educational rights granted by Congress and Supreme Court Case Law.

I motion the court to take Judicial Notice that all mail be mailed to Lewis King Deans, And not Felicia King. Until the court receives the Address for the Attorney to mail correspondence to.

IT IS HEREBY ORDER that Motion to Dismiss is DENIED to Anchorage School District and Alaska State Ed Agency, based on Supreme Court Case Law of Automatic Injunction. And that this is Mailed to the Sea, Lea , and Dimond H. S.


Dated at Anchorage, Alaska this_____day of_____2007

*[signature: Lewis Deans]*