Case 3:05-cv-00283-TMB   Document 34-1   Filed 12/28/2006   Page 1 of 4

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05-CV-00283 TMB |
| DEFENDANT | TYPE OF PROCESS |
| Jerry Sjolander | RECEIVED |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jerry Sjolander

DEC 28 2006

AT — ADDRESS ... City, State and ZIP Code

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO:

Lewis Deans
205 E. Dimond Blvd. #712
Anchorage, AK 99515

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

JAN 19 2007

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:

Lewis Deans

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 907-344-5151
DATE: 10/26

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | [signature] | 12/12/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 12/8/06   Time: am / pm

Signature of U.S. Marshal or Deputy

Mail

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $8 | 5.60 | | $13.60 | | | |

REMARKS: Sent out certified - RR
Returned 12-26-06

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of

**ORIGINAL**

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shunk
Debra Wilson
Art Arnold
Cheryl Guyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Jerry Sjolander

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans
209 E Dimond Blvd #112
Anchorag, AK 99515

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DA ........

CLERK

(By) DEPUTY CLERK

November 2, 2006

DATE




