**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Lewis Deans | COURT CASE NUMBER: 3:05-CV-00283 |
| DEFENDANT: Art Arnold | TYPE OF PROCESS: 3 |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Art Arnold

AT ADDRESS: 801 W. 10th St. Suite 200, Juneau, AK 99801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: Lewis Deans

RECEIVED JAN 19 2007
CLERK, U.S. [DISTRICT COURT]
ANCHORAGE, ALASKA

RECEIVED DEC 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
DATE: 10/26

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 2 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 12/13/06 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Date of Service: 12/14/06    Time: 0815 am

Signature of U.S. Marshal or Deputy

Service Fee: 5 of 9   Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS: Served directly to principal Cheryl Guyett

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

EXHIBIT 1
Page 1 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

ORIGINAL

District of _____

Lewis Deans

**SUMMONS IN A CIVIL ACTION**

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aronow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Goyette

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Art Arnold
801 W. 10th St Suite 200
Juneau, AK 99801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

**REDACTED SIGNATURE**

November 2, 2006
DATE

EXHIBIT 1
Page 2 of 17

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Lewis Deans | COURT CASE NUMBER<br>3:05-CV-00283 TMB |
|---|---|
| DEFENDANT<br>Krista Shank | TYPE OF PROCESS |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| → | Krista Shank |
|  | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 2909 W. 88Th Ave. Anchorage, AK 99502 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lewis Deans

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                              Fold

RECEIVED

DEC 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| Signature of Attorney or other Originator requesting service on behalf of:<br>_Lewis Deans_ | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>10/26 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/12/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | 0815 | am |
|---|---|---|---|
| 12/14/06 | | | pm |

8 of 9

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: served directly to principal Cheryl Guyot

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

EXHIBIT 1
Page 3 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____   **ORIGINAL**

Lewis Deans

v.

Cindy Anderson
Sharon Shumacher
Jerry Jolander
Jim Asanow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Coyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00283TMB

TO: (Name and address of Defendant)

Krista Shank
2909 W. 88th Ave.
Anchorage, AK 99502

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                              November 2, 2006
CLERK                                    DATE
**REDACTED SIGNATURE**
(By)

EXHIBIT 1
Page 4 of 17

# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05-CV-00283 TMB |
| DEFENDANT | TYPE OF PROCESS |
| Debra Wilson | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Debra Wilson

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2909 W. 88Th Ave. 99502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lewis Deans

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**RECEIVED**
DEC 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 10/26

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 0 | Signature of Authorized USMS Deputy or Clerk | Date 12/13/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

9 of 9

| Date of Service | Time | 0815 am |
|---|---|---|
| 12/14/06 | | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** served directly to principal Cheryl Dupth

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM 285 (Rev. 12/15/80)

EXHIBIT L
Page 5 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

ORIGINAL

Lewis Deans

v.

Cindy Anderson
Sharon Shumacher
Jerry Sjokunder
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Goyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Debra Wilson
2909 W. 88th Ave
Anchorage, AK 99502

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

REDACTED SIGNATURE

DATE November 2, 2006

EXHIBIT 1
Page 6 of 17

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05 CV-00263 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Julie Neal | |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Julie Neal

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 2909 W. 88th Ave Anchorage AK 99502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lewis Deans

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**RECEIVED**
DEC 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Lewis Deans    TELEPHONE NUMBER    DATE 10/26/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 12/12/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
4 of 9  10m R/T

Date of Service 12/14/06   Time 0815 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | 4.45 | | 49.45 | | $49.45 |

**REMARKS:** served directly to the principal Cheryl Buyett

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |


EXHIBIT 1
Page 7 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT     ORIGINAL

District of _____

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Kristen Shank
Debra Wilson
Art Arnold
Cheryl Goyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-cv-00283 TMB

TO: (Name and address of Defendant)

Julie Neal
2909 W. 66th Ave
Anchorage, AK 99502

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK
REDACTED SIGNATURE

DATE November 2, 2006

EXHIBIT 1
Page 8 of 17

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lewis Deans | 3:05 CV-00283 TMB |
| DEFENDANT | TYPE OF PROCESS |
| Cheryl Guyette | |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cheryl Guyette
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 2909 W. 88Th Ave Anchorage, AK 99502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lewis Deans

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED
DEC 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 9
DATE: 10/26
Lewis Deans

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 6
District to Serve No.: 6
Signature of Authorized USMS Deputy or Clerk
Date: 12/13/06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/14/06
Time: 0815 am
Signature of U.S. Marshal or Deputy

6 of 9

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: served directly to principal Cheryl Guyott



PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

EXHIBIT 1
Page 9 of 17

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**ORIGINAL**

District of _____

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV00283TMB

TO: (Name and address of Defendant)

Cheryl Guyette
2909 W. 66th Ave
Anchorage, AK 99502

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

A.

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

**REDACTED SIGNATURE**
(By)

DATE  November 2, 2006

EXHIBIT 1
Page 10 of 17

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | | |
|---|---|---|
| PLAINTIFF | Lewis Deans | COURT CASE NUMBER: 3:05CV-00283TMB |
| DEFENDANT | Jim Aranow | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jim Aranow

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 2909 W. 88Th Ave Anchorage, AK 99502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Lewis Deans

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED
DEC 1 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 10/26

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date: 12/12/06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/14/06   Time: 0815 am

Signature of U.S. Marshal or Deputy:

7 of 9

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Served directly to principal Cheryl Guyett

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

11 of 17

♦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT     ORIGINAL

District of _____

Lewis Deans

**SUMMONS IN A CIVIL ACTION**

V.

Cindy Anderson,
Sharon Shumacher
Jerry Sjolander
Jim Aranow
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Jim Aranow
2909 W. 88th Ave
Anchorage, AK 99502

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK                                November 2, 2006
CLERK                                     DATE

REDACTED SIGNATURE

EXHIBIT 1
12 of 17





FIRST CLASS

Cindy Anderson
5530 W. Northern Lights Blvd
Anchorage, AK 99504

RETURN RECEIPT REQUESTED

7001 2510 0002 1407 6536

U.S. Department of Justice
United States Marshals Service
District of Alaska
222 West 7th Avenue, #28
Anchorage, AK 99513-7568
Official Business
Penalty for Private Use $300

EXHIBIT 1
13 of 17

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Lewis Deans

V.

Cindy Anderson
Sharon Shumacher
Jerry Splunder
Jim Arnnord
Julie Neal
Krista Shank
Debra Wilson
Art Arnold
Cheryl Guyette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-cv-00283TMB

TO: (Name and address of Defendant)

Cindy Anderson
5530 E Northern Lights Blvd.
Anchorage, AK 99504

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans
205 E. Dimond Blvd #112
Anchorage, AK 99515

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK
REDACTED SIGNATURE
(By) DEPUTY CLERK

DATE November 2, 2006

EXHIBIT 1
14 of 17

**FIRST CLASS**

Jerry Sjolander
801 W. 10th St. Suite 200
Juneau, AK 99801

RETURN RECEIPT REQUESTED

7001 2510 0002 3407 6529

U.S. Department of Justice
United States Marshals Service
District of Alaska
222 West 7th Avenue, #29
Anchorage, AK 99513-7568
Official Business
Penalty for Private Use $300



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Lewis Deans

v.

Cindy Anderson
Sharon Shumacher
Jerry Sjolander
Jim Aranaw
Julie Neal
Krista Shunk
Debra Wilson
Art Arnold
Cheryl Gurette

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05-CV-00283 TMB

TO: (Name and address of Defendant)

Jerry Sjolander
4600 Deburr Rd
P.O. Box 196614
Anchorage, AK 99519

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lewis Deans
209 E Dimond Blvd #112
Anchoras, AK 99515

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK

CLERK

REDACTED SIGNATURE
(By) DEPUTY CLERK

DATE November 2, 2006

EXHIBIT 1
Page 17 of 17