Stephen C. Slotnick
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK  99811-0300
Telephone: (907) 465-6722
Facsimile:  (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us

Attorney for the Alaska Department of Education and Early Development, Art Arnold, and Sharon Schumacher.


Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank, and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,           )<br>                                                     )<br>          Plaintiff,                      )<br>                                                     )<br> vs.                                              )<br>                                                     )<br>ANCHORAGE SCHOOL DISTRICT, )<br>et al.,                                          )<br>                                                     )<br>          Defendants.                )<br>_____) | Case No. 3:05-cv-00283-TMB |

**Defendants' Joint Motion for Extension of Time in Which to File a Reply**

The School District Defendants[1] and the State Defendants[2] jointly move for an extension of time until February 2, 2007, in which to file their replies to Dean's Opposition to the Motions to Dismiss. This motion is supported by the attached memorandum.

DATED this 30th day of January, 2007, at Juneau, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   */s/ Stephen C. Slotnick*
      Stephen C. Slotnick
      Assistant Attorney General
      Alaska Bar No. 9011113

DATED this 30th day of January, 2007, at Anchorage, Alaska.

        JERMAIN, DUNNAGAN & OWENS, P.C.

By:   */s/ Raymond E. Goad, Jr.* (consented)
      Bradley D. Owens
      Alaska Bar No. 7610122

      Raymond E. Goad, Jr.
      Alaska Bar No. 0111062

---

[1] Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank, and Debi Wilson.

[2] Art Arnold, Sheryl Schumacher, and Alaska Department of Education and Early Development.

**Certificate of Service**

The undersigned hereby certifies that on this 31st day of January, 2007, a true and correct copy of the DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME, MEMORANDUM IN SUPPORT OF THE DEFENDANTS' JOINT MOTION FOR EXENTIONSION OF TIME, and PROPOSED ORDER were sent via USPS first class mail to the following:

Lewis King Deans
310 West 76th Ave., Apt. E
Anchorage, AK  99518

_____
Tim Nault, Law Office Assistant