Stephen C. Slotnick
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK  99811-0300
Telephone: (907) 465-6722
Facsimile:  (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us

Attorney for the Alaska Department of Education and Early Development, Art Arnold, and Sharon Schumacher.


Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank, and Debi Wilson.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LEWIS KING DEANS,                    )<br>                                                      )<br>            Plaintiff,                        )<br>                                                      )<br>vs.                                                 )<br>                                                      )<br>ANCHORAGE SCHOOL DISTRICT,  )<br>et al.,                                             )<br>                                                      )<br>            Defendants.                    )<br>_____) | Case No. 3:05-cv-00283-TMB |

**Order Granting Defendants' Joint Motion for Extension of Time**

Defendants' Joint Motion for Extension of Time in which to file their replies is GRANTED. The replies of all defendants are due on February 2, 2007.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge