Stephen C. Slotnick
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK  99811-0300
Telephone: (907) 465-6722
Facsimile:  (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us

Attorney for the Alaska Department of Education and Early Development, Art Arnold, and Sharon Schumacher.


Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank, and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE SCHOOL DISTRICT, )<br>et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:05-cv-00283-TMB |

**Memorandum in Support of Defendants' Joint Motion for Extension of Time**

The two different sets of Defendants have each filed pre-answer motions to dismiss under Civil Rule 12. Deans filed an opposition. The School District Defendants' Reply was due on January 31; the State Defendants' Reply was due on February 1.

The Defendants have been working together to file a single reply. Counsel for the School District Defendants has taken the lead on the reply, and has been working diligently to file a reply in a timely manner. Given that the plaintiff is not represented by counsel, however, the issues in this matter are somewhat obscure. After conferring, the counsel for the Defendants have determined that they need until February 2, 2007 to complete and file a single reply memorandum.

///

///

///

DATED this 30th day of January, 2007, at Juneau, Alaska.

    TALIS J. COLBERG
    ATTORNEY GENERAL

By:   */s/ Stephen C. Slotnick*
     Stephen C. Slotnick
     Assistant Attorney General
     Alaska Bar No. 9011113

DATED this 30th day of January, 2007, at Anchorage, Alaska.

    JERMAIN, DUNNAGAN & OWENS, P.C.

By:   */s/ Raymond E. Goad, Jr.* (consented)
     Bradley D. Owens
     Alaska Bar No. 7610122

     Raymond E. Goad, Jr.
     Alaska Bar No. 0111062

MEMORANDUM IN SUPPORT OF DEFENDANTS'     Page 3 of 3
JOINT MOTION FOR EXTENSION OF TIME
*Deans v. Anchorage School District, et al.*; Case No. 3:05-cv-00283-TMB