Stephen C. Slotnick
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK  99811-0300
Telephone: (907) 465-6722
Facsimile:  (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us

Attorney for defendants the Alaska Department of Education and Early Development, Art Arnold, and Sharon Schumacher.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| LEWIS KING DEANS,          )<br>                            )<br>         Plaintiff,         )<br>                            )<br>vs.                         )<br>                            )<br>ANCHORAGE SCHOOL DISTRICT,  )<br>et al.,                     )<br>                            )<br>         Defendants.        )<br>_____) | Case No. 3:05-cv-00283-TMB |

**State Defendants' Reply In Support of State's Motion to Dismiss**

The state defendants[1] join in the reply memorandum filed by the Anchorage School District.  For all of the reasons explained by the district, this action should be dismissed.

---

[1] Art Arnold, Sheryl Schumacher, and Alaska Department of Education and Early Development.

In addition, the state defendants would reiterate that they should be dismissed because Mr. Deans has not stated a claim for relief against the state defendants. As the state made clear in its motion to dismiss, the state defendants cannot provide Mr. Deans with any of the relief he seeks. They cannot provide him with an education nor could they provide him with "stay put." In short, Mr. Deans has failed to state a claim for relief against the state defendants, and they should be dismissed.

DATED this 2nd day of February, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL
Attorney for defendants the Alaska Department of Education and Early Development, Art Arnold, and Sharon Schumacher.

By:   s/ Stephen C. Slotnick
Stephen C. Slotnick
Assistant Attorney General
P.O. Box 110300
Juneau, AK  99811-0300
Telephone: (907) 465-6722
Facsimile:  (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us
Alaska Bar No. 9011113

**Certificate of Service**

I hereby certify that on February 2, 2007, a copy of the foregoing document was served electronically or by other means on the following attorneys or parties of record:

Lewis King Deans
310 West 76th Ave., Apt. E
Anchorage, AK  99518

Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503

s/ Rebecca Allison
Rebecca Allison, Law Office Assistant