

U.S. DISTRICT COURT
DISTRICT OF ALASKA

Deans et al Anchorage School District, SEA et al.    3:05-cv-283

March 10, 2007

## MOTION TO SUBMITT EVIDENTIAL EXHIBITS SUPPORTING OBJECTION TO MOTION MEMORANDUM SUPPORTING MOTION TO DISMISS ALL DEFENDANTS.
### I HERE BY SUBMITT
EXHIBIT L –ALLEDGE NON SUBSTANTIATED DECERTIFICATION BY CINDY ANDERSON

EXHIBIT M- DUE PROCESS COMPLAINT

EXHIBIT SL2 ADMINISTRATIVE COMPLAINT

EXHIBIT Q1 ATTORNEY FOR LEA –CONFIRMING PLAINTIFF DUE PROCESS FAPE

COMPLAINT FEB AND POST PRIOR WRITTEN NOTICE OCT. 27, 2005

EXHIBIT Q2 ATTORNEY FOR LEA ACKNOWLEDGING 6 YEAR OLD IEP OCT 27,2005-

CONFLICTING 2007 MOTION OF NO PRE-EXISTING IEP

EXHIBIT Q5 NUMBER 4, NOT WILLING TO ENGAGE IN MEDIATION AND INSISTING ON

INTERIM 504 INSTEAD OF INTERIM IEP OCT 27, 2005 SAME LETTER ACKNOWLEDGING

6 YEAR OLD IEP BUT REFUSING INTERIM IEP

EXHIBIT K SEA INVESTIGATION BY DI ANN BROWN. DEC 5, 2005 ANSWER TO EXHIBIT

SL2 DATED SEPT 23, 2005 STAY PUT PROVISION MORE THAN 60 DAYS AND STATING

SAME ISSUE AS FAPE CALLOUSLY AND CARELESSLY AS IF A PROCEDURAL

SAFEGUARD ENFORCEMENT WAS NOT THE RESPONSIBILITY OF THE SEA. AND

PRETENDING COMPLAINTS WERE NOT FILED SEPARATELY. <u>HOW DID THE

DEFENDANTS ATTORNEY KNOW THAT FAPE WAS THE SUBJECT OF DUE PROCESS

COMPLAINT, BUT THE SEA INVESTIGATOR CAN'T DIFFERIENTIATE BETWEEN

PROCEDUARAL SAFEGUARDS AND FAPE , CONFLICTION AGAIN OR EXTREMELY POOR

TRICKERY MEANT TO IMPOSE FUTILITY.IN EXHAUsTION OF ADMINISTRATIVE

REMEDIES. IDEA LAW ASSUMES STATES CAN GET IT RIGHT, THIS FLIES IN THE FACE

OF THAT ASSUMPTION.</u>

*[signature: Linny B. Deans]*

Lewis King 2 Deas
205 E Dimond Blvd #1142
Anchorage, AK 99515

United States
District Court
District of Alaska
Federal Bldg. U.S. Courthouse
222 W. 7th Ave. #4
Anchorage, AK. 99513-7564



7006 2150 0000 9466 4202

CERTIFIED MAIL

U.S. POSTAGE
ANCHORAGE, AK
99502
MAR 13 '07
AMT $5.00
0003507-1