Exhibit L



**ASD Special Education**
Boniface Center
5530 Northern Lights Blvd.
Anchorage, AK 99504
Secondary Special Education and Special Schools
(907) 742-3888
(907) 742-3886 Fax

RECEIVED MAR 1 4 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

September 12, 2005

Lewis Z. Deans and Felicia King
310 W. 76th Avenue, Unit E
Anchorage, AK 99518

Re: Request for special education services

Dear Mr. Deans and Ms. King;

I am writing to respond to your letters dated September 2, 2005 after reviewing the educational records and independent evaluation information you have submitted.

At this point in time, I cannot direct my special education staff to consider you a current special education student. Rather the records we have currently available would intimate that you are a 504 student with a 504 plan that should be updated.

This conclusion is based on the decertification evaluation of May 2004 and the 504 plan that was written by the Burlington School District during the same month. I realize that your letters of September 2, 2005 request this district to consider both of these as "illegal" acts. In your letters, you indicate that said conduct of the VT school district was not legal and you reference a federal district court case, although you've not provided this district with a copy of any administrative or federal decision/order.

I have determined that only three courses of action are available at this point in time:

1. As a student with an outdated 504 plan, you are eligible for a team of your current teachers to convene and write an updated 504 plan. This plan may, if appropriate, include access to study skills classes and other modifications and accommodations necessary for you to access the general curriculum;

2. If you desire this district to review your eligibility for special education services, you will need to agree to a brief academic evaluation. Such evaluation results will be considered with the evaluations you've submitted. This decision could be made quite quickly, most probably within the first quarter. Upon your agreement to the additional special education evaluation, continued modifications and accommodations under 504 would be continued  **OR**
3. If you are able to provide a court decision, as referenced above, perhaps other options may present themselves.

Please notify James Aronow or my office of your selection of one of the three options above so that this district can proceed as soon as possible. I appreciate your patience as the review of records was completed and I wish Lewis a positive school year.

Sincerely,

Cindy Anderson
Director, Secondary Special Education
Anchorage School District
(907) 742-3888

Cc: Jim Aronow, Dept. Chair, Dimond High School
    Cheryl Guyett, Principal, Dimond High School

