Exhibit IV



OCTOBER 4, 2005

ALASKA DEPT OF EDUCATION
ART ARNOLD
801 WEST 10TH ST STE .200
JUNEAU, AK 99801-1894

DEAR MR. ARNOLD:

I AM FILING A COMPLAINT AND REQUESTING DUE PROCESS REGARDING DIAMOND HIGH SCHOOL AND ANCHORAGE SCHOOL DISTRICT. THEY HAVE BREACHED IN PROVIDING FAPE IN A TIMELY MANNER. THIS HAS CAUSED EMOTIONAL INSECURITY AND SOCIAL INJURY AND HAS CREATED A HOSTILE ENVIRONMENT. AS HE FEELS VULCHERS ARE PREYING ON THE WEAK AND INJURED. AND OSTRACIZATION OF ENTITLEMENTS AND ENJOYMENTS THEREOF.
THIS HAS CAUSED HIM TO NEED COMPENSATORY SERVICES IN A SETTING WHERE CONFIDENCE CAN BE GAINED.

I AM REQUESTING A CONTINUIM OF SERVICES IN A PRIVATE ACADEMIC TUTORING OF MY CHOICE IN SYLVAN LEARING CENTER FOR MATH AND READING REMEDIATION, AND POST SECONDARY PREPARATION. AND AS MANY COURSES THAT CAN BE TAKEN AND USED AS LEGITMATE HIGH SCHOOL STANDARD CONTENT CREDITS. THIS IS TO BE USED AS PART OF SUPPLEMENTAL EDUCATION SERVICES. AND SEEKING REIMBURSEMENT FOR ANY MONEY SPENT ON THE PART LEWIS AND FELICIA KING IN A CONTINUUIM OF SERVICES OF THE 200 HOURS OF TUTORING.
IN THIS UPDATE 10-19-05 AMENDED UPDATED REQUEST FOR DUE PROCESS

ALSO IF WITHIN 5 DAYS BEFORE THE DUE PROCESS HEARING IF DIAMOND HIGH SCHOOL AND ANCHORAGE SCHOOL DISTRICT CONTINUES TOFAIL TO PROVIDE FREE AND APPROPRIATE EDUCATION CONCERNING CONTENT, STANDARDS AND SERVICES IN ACCORDANCE WITH ALASKA STATE STANDARDS AND IDEA ELIGIBILITY REGARDING LEWIS Z DEANS KING. THEN WE WILL ALSO BE REQUESTING A PRIVATE HIGH SCHOOL WITH SMALL CLASS SIZES AS A CONTINUIM OF SERVICES.

AND WE ARE REQUESTING INFORMATION ON HEARING OFFICERS, STATE SUPPLEMENTAL SERVICES CONTRACTORS AND PRIVATE SCHOOL CONTRACTORS. LEGAL SERVICE PROVIDERS AND ALASKA STATE EDUCATION CODE AND REGULATIONS AS SOON AS
POSSIBLE.

I AM NOW REQUESTING PRIVATE PLACEMENT AT PUBLIC EXPENSE IN REGARDS TO 300.500-300.517. AND 300.551 CONTINUIM OF ALTERNATIVE PLACEMENT
(a) (b)(1)(2) 20 USC 1413 (a)(15)

ANCHORAGE SCHOOL DISTRICT HAD FIRST OPTION TO PROVIDE SERVICES, HOWEVER LEWIS SHOULD NOT BE DEPRIVED OF ENTITLEMENT AND PROPERTY IF SINCE AUGUST 24, 2005 THEY ARE CONFUSED AS TO WHAT IS APPROPRIATE.