FELICIA KING IN REFERENCE TO LEWIS DEANS WHO LIVES AND 310 W. 76TH AVE UNIT E, ANCHORAGE ALASKA 99518. IN REGARD TO DIMOND HIGH SCHOOL AND ANCHORAGE SCHOOL DISTRICT AND CONCERNS OF INCONSISTENT PROCEDURES, TO IDEA AND PROCEDURAL SAFEGUARDS.

SEPT 25, 2005    PHONE NUMBER  1907 441-2841    1907 - 3445

ART ARNOLD

ALASKA DEPT OF EDUCATION AND EARLY DEVE.

801 WEST 10TH ST. STE. 200

JUNEAU, AK 99801-1894

DEAR MR. ARNOLD:

PURSUANT TO COMPLAINT ALREADY RECEIVED THIS IS TO SUBMITT MORE INFORMATION AND RESPONSES FROM SCHOOL DISTRICT AND TO SUMMARIZE COMPLAINT.

THE SCHOOL DISTRICT IS DISREGARDING THESE FACTS.

1. THEY HAD ALREADY AGREED TO LEWIS ELIGIBILITY BY NOT OBJECTING, AND AGREEING ON 10 HOURS OF SPECIAL ED SERVICES. OBJECTING DOES NOT MEAN DEPRIVING STUDENT OF SERVICES WHILE, RUNNING AROUND FOCUSING ON AN UNECESSARY EVALUATION FOR WEEKS. AND HAVING IMPROMPTU MEETINGS WITH THE DISABLED CHILD TO SIGN 504 ITERIMS.

2. SCHOOL AND DISTRICT NOW IS CHOOSING TO OVERLOOK THE IEP, LAST AGREEMENT, IDEA STAY PUT PROVISION AND INDPENDENT EVALUATION BY NEUROPSYCHOLOGIST 7 MONTHS AGO R EGARDING SPECIALLY DESIGNED INSTRUCTION. BUT MOST IMPORTANTLY THEIR OWN AGREEMENT TO PROVIDE SPECIAL ED INSTRUCTION BEFORE A DISPUTE OVER EVALUATION OCCURRED

3. THEY ARE OVERLOOKING ALL OF THE ABOVE TO LATCH ON TO A 504 THAT IS IN DISPUTE IN FEDERAL COURT. AS IF THIS IS THE SAVING GRACE TO DENY LEWIS DEANS HIS ENTITLEMENT. HOWEVER THEY CAN NOT PRODUCE NO AGREEMENT WITH THIS 504 THAT THEY SAID DECERTIFIED LEWIS DEANS. BUT I CAN PRODUCE STAMPED FEDERAL COURT DOCUMENTATION OF DISAGREEMENT AND OBJECTION. THEY COULD HAVE ASKED FOR IT A MONTH AGO AUGUST 24, 2005. NUMBER 2 AND FEDERAL LAWS PROVIDED A CLEAN SLATE OF LAST AGREEMENT TO PROTECT THE IDEA CHILD. IT IS SAD THAT PEOPLE PREFER TO CLIMB INTO THE MUD, UNECESSARILY. HOWEVER THEY BETTER BE AWARE OF THE SNAKES THEY CONGREGATE WITH.

FELICIA KING/ LEWIS DEANS