**Dunnagan & Owens, P.C.**

BRADLEY D. OWENS
RANDALL G. SIMPSON
HOWARD S. TRICKEY
GARY C. SLEEPER
SAUL R. FRIEDMAN

ANDRENA L. STONE
EUGENIA G. SLEEPER
MARK P. MELCHERT

MATTHEW SINGER
RAYMOND E. GOAD, JR.
MICHELLE L. BOUTIN
CHERYL MANDALA
CAROLINE P. WANAMAKER

SERVING ALASKANS SINCE 1976



RECEIVED MAR 14 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

October 27, 2005

**REGULAR AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Lewis Deans
Ms. Felicia King
310 W. 76th Avenue, Apt. E
Anchorage, AK 99518

Re:   Lewis Deans Due Process Hearing Request

Dear Mr. Deans and Ms. King:

### RESPONSE TO DUE PROCESS HEARING REQUEST   Oct 1, 200'

1.   **Compliance with 20 U.S.C. §1415(b)(7)(A):**  The Anchorage School District does not believe the Request for Due Process Hearing filed on October 11, 2005 complies with the notice requirements of §1415(b)(7)(A)(ii)(III). The request for hearing is to include "a description of the nature of the problem of the child relating to such proposed initiation or change, including facts relating to such problem."

The hearing request identifies, in part, "ostracization of entitlements and enjoyment thereof; causation of social and emotional injury as in vul[tures] preying on weak and injured." This statement is vague and inflammatory. It contains no corresponding facts to support the statement. Because the District cannot determine what is being alleged, it is unable to respond to such assertions.

2.   **Prior Written Notice:**  The School District did not issue a prior written notice in response to the claims in the hearing request. The District issues this timely response in compliance with §1415(c)(2)(B)(i)(I).

3.   **Response to the Issues Raised in the Complaint**

   A.   "Failure to Provide FAPE in a Timely Manner"