# D. Brown Consulting
694 Ruth Ave
Idaho Falls, ID 83401

December 5, 2005

Felicia King
310 W. 76th Ave. Apt. E
Anchorage, AK 99518



Dear Felicia King and Lewis Deans,

This letter is to inform you that, upon further examination of your letter of complaint and consulting with Andy Lebo, due process hearing officer, the following determination has been made. All issues raised in the administrative complaint are addressed under the issue of the provision of a free appropriate public education (FAPE) raised through the due process hearing. In accordance with 34 CFR 300.661(c)(1), "if a written complaint is received that is also the subject of a due process hearing ..., the State must set aside any part of the complaint that is being addressed in the due process hearing, until the conclusion of the hearing."

Therefore, as of this date, the complaint received on October 17, 2005 is set aside.

Any questions you have regarding this letter should be directed to Sharon Schumacher or Art Arnold at the Alaska Department of Education and Early Development.

Sincerely,

DiAnn Brown,
Complaint Investigator

cc: Sharon Schumacher, EED
    Carol Comeau, Superintendent, ASD
    Jerry Sjolander, Executive Director of Special Education, ASD