**Anchorage School District**
P.O. Box 196614, Anchorage, Alaska 99519-6614

# Prior Written Notice

RECEIVED
CLERK, U.S. DISTRICT
MAR 14 2007
ANCHORAGE, A.K.

Date 8·24·05

Student's Legal Name  Deans  Lewis
                      Last    First    Middle

The purpose of this letter is to notify you of the district's proposal to make a change, or the refusal to make a change, in your student's educational program. The details of the proposed action are indicated below.

**Description of the proposed or refused action**

Review of material/information from previous schools. Obtain permission for evaluation, release of information, develop services in the interim.

**Reason for proposed action**

Student new to district coming with documentation of previous special education service.

**Description of evaluation procedure, test, record or report used in deciding to propose or refuse action**

Meeting w/ parent and Lewis. Records provided by Felicia King.

**Description of other options considered, if any, and reason for rejecting them**

no other options considered at this time.

**Other factors that are relevant to the proposal or refusal**

Complete transcripts requested from VT. Address verification needed to complete registration. Permission to complete evaluation completed & signed. Permission to start eval immediately. Student will receive spec ed service based on previous documentation through PWN until completion of eval. Ten hours of service (sped) weekly will be provided.

You have specific rights or procedural safeguards. A copy of those rights may be obtained from me or another school district representative. If you need an explanation of your rights or have any questions regarding this notice please contact me.

Name of District Personnel _____  Title  See Sped TC  Phone  742-3945

For further assistance in understanding your parental rights you may contact:

| PARENTS, Inc. | Disability Law Center | Alaska Department of Education & Early Development |
|---|---|---|
| 4743 E. Northern Lights Blvd. | 3330 Arctic Blvd., Suite 103 | 801 W. 10th Street, Suite 200 |
| Anchorage, AK 99508 | Anchorage, AK 99503 | Juneau, AK 99801 |
| Toll-Free in Alaska: 1 (800) 478-7678 | (907) 565-1002 | (907) 465-8693 |
| (907) 377-7678 | Fax (907) 564-1000 | Fax (907) 456-2806 |
| Fax (907) 337-7671 | 1 (800) 478-1234 | Phone/TDD (907) 465-2800 |
| TTY: (907) 337-7629 | | |
| E-mail: parents@parentsinc.org | | |

Lewis Deans  _____

Felicia King  _____



**Anchorage School District**
P.O. Box 196614, Anchorage, Alaska 99519-6614
# Prior Written Notice

Date _____

Student's Legal Name _____    Birth Date _____
                        Last    First    Middle

The purpose of this letter is to notify you of the district's proposal to make a change, or the refusal to make a change, in your student's educational program. The details of the proposed action are indicated below.

| Description of the proposed or refused action |
|---|
| *To discuss Lewis 504 Plan + review Sped Ed process.* |

| Reason for proposed action |
|---|
| *Lewis wants his 504 plan to begin immediately with the 1st day of school. Lewis understands that he is undergoing the Sped Ed Process to...* |

| Description of evaluation procedure, test, record or report used in deciding to propose or refuse action |
|---|
| *None* |

| Description of other options considered, if any, and reason for rejecting them |
|---|
| *Continue with current 504 status until eval. results are completed.* |

| Other factors that are relevant to the proposal or refusal |
|---|
| *Lewis is currently following Accomm. under a 504 plan that was in effect at his previous school...* |

You have specific rights or procedural safeguards. A copy of those rights may be obtained from me or another school district representative. If you need an explanation of your rights or have any questions regarding this notice please contact me.

742-7000

_____    _____    _____
Name of District Personnel    Title    Phone

For further assistance in understanding your parental rights you may contact:

**PARENTS, Inc.**
4743 E. Northern Lights Blvd.
Anchorage, AK 99508
Toll-Free in Alaska: 1 (800) 478-7678
(907) 377-7678
Fax (907) 337-7671
TTY: (907) 337-7629
E-mail: parents@parentsinc.org

**Disability Law Center**
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
(907) 565-1002
Fax (907) 564-1000
1 (800) 478-1234

**Alaska Department of Education & Early Development**
801 W. 10th Street, Suite 200
Juneau, AK 99801
(907) 465-8693
Fax (907) 456-2806
Phone/TDD (907) 465-2800

DISTRIBUTION: Special Education Records • Parent • Teacher/Specialist    9009635 - 820 - 7/22/1987

# STATE OF ALASKA

**DEPARTMENT OF EDUCATION & EARLY DEVELOPMENT**

*Division of Teaching and Learning Support*

GOLDBELT PLACE
801 WEST 10TH STREET, SUITE 200
JUNEAU, ALASKA 99801-1894

(907) 465-2824
FAX (907) 465-2806
sharon_schumacher@eed.state.ak.us

October 17, 2005

Felicia King
310 W. 76th Ave. Apt. E
Anchorage, AK 99518

RE: CI # 06-04

Dear Felicia King:

This letter is in response to your letter of official complaint to the Department of Education & Early Development, Special Education Programs, requesting an investigation of the Anchorage School District. The Department received your signed/faxed letter and clarified the issues presented in your letter through discussion on 10/17/2005. The clarified issues are as follows:

1. Whether or not the district failed to implement the services in the IEP.
2. Whether or not the district abided by sec. 300.514

The complaint investigator assigned to this complaint, is DiAnn Brown. DiAnn will be contacting you in the near future. A final report of the investigation will be sent to you in approximately 60 days. Thank you in advance for your cooperation with this investigation.

Sincerely,

Sharon Schumacher
Program Manager

cc:    Carol Comeau, School District -- Superintendent
       Jerry Sjolander, Special Education Director
       DiAnn Brown, Complaint Investigator
       Complaint file, AK EED CI # 06-04

printed on recycled paper