Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:  (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett,
James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br>　　　　Defendants. | Case No. 3:05-cv-00283-TMB |

### NOTICE OF RECEIPT OF
### SUBSTANTIATED EVIDENTIAL MOTION TO
### OBJECTION OF MOTION MEMORANDUM SUPPORTING
### MOTION TO DISMISS BY DEFENDANTS AND MOTION TO SUBMIT
### EVIDENTIAL EXHIBITS SUPPORTING OBJECTION TO MOTION
### MEMORANDUM SUPPORTING MOTION TO DISMISS ALL DEFENDANTS

COMES NOW Defendants, Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank, and Debi Wilson each in their official capacities as employees of the District ("District Defendants") by and through their attorneys of record, and hereby notifies the Court that the District defendants are in receipt of plaintiff's Substantiated Evidential Motion to Objection of Motion Memorandum Supporting Motion to Dismiss By Defendants.  The District Defendants also hereby notifies the Court that they

are in receipt of plaintiff's Motion to Submit Evidential Exhibits Supporting Objection to Motion Memorandum Supporting Motion to Dismiss All Defendants.

The District Defendants are unsure of the nature of plaintiff's pleadings. The District Defendants moved to dismiss plaintiff's complaint on January 3, 2007. Plaintiff filed his opposition on January 18, 2007. The District Defendants replied on February 2, 2007. Absent an order from the Court to the contrary, it appears that the briefing on the motion to dismiss is complete.

In addition to, and because of, the uncertainty regarding the nature of these pleadings, the District Defendants are likewise unsure of whether the plaintiff's pleadings are authorized by the Rules of Civil Procedure and whether such pleadings, if authorized, are timely. Accordingly, the District Defendants do not intend to file responsive pleadings to plaintiff's motions unless the Court requires the District Defendants to do so.

DATED at Anchorage, Alaska this 21st day of March, 2007

    JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for, Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

By: _/s/ Raymond E. Goad, Jr._
    Bradley D. Owens
    Alaska Bar No. 7610122

    Raymond E. Goad, Jr.
    Alaska Bar No. 0111062

    Jermain, Dunnagan & Owens, P.C.
    3000 A Street, Suite 300
    Anchorage, AK 99503
    Tel: (907) 563-8844
    Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this
21st day of March, 2007, a true and correct
copy of *Notice of Receipt of Substantiated
Evidential Motion to Objection of Motion Memorandum
Supporting Motion to Dismiss by Defendants and
Motion to Submit Evidential Exhibits Supporting
Objection to Motion Memorandum Supporting
Motion to Dismiss All Defendants* was served on:

Lewis King Deans
310 West 76th Ave., Apt. E
Anchorage, AK 99518

Neil Slotnick
Office of the Attorney General
Labor and State Affairs
P.O. Box 110300
Juneau, Alaska  99811-0300

by first class mail, if an address is indicated above,
or by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.

*/s/ Raymond E. Goad, Jr.*
Raymond E. Goad, Jr.
3227.1212/142670