Stephen C. Slotnick
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK  99811-0300
Telephone: (907) 465-6722
Facsimile:  (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us

Attorney for the Alaska Department of Education and
Early Development, Art Arnold, and Sharon Schumacher.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANCHORAGE SCHOOL DISTRICT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | Case No. 3:05-cv-00283-TMB |
| ) | |

### STATE'S JOINDER IN ANCHORAGE SCHOOL DISTRICT'S NOTICE
### and
### STATE'S REQUEST FOR CLARIFICATION AND REQUEST TO STRIKE DOCUMENTS OR HOLD FILINGS IN ABEYANCE

Counsel for the state defendants gives notice that he has not received the documents filed by Deans on March 14, 2007.  After receiving electronic notification from the court on March 19, however, counsel was able to view the documents, and provides this response.

The state defendants join in Anchorage School District's notice of uncertainty regarding Mr. Deans' filing.  The reason we need clarification is that, in this

STATE'S JOINDER IN ANCHORAGE SCHOOL
DISTRICT'S NOTICE and STATE'S REQUEST
FOR CLARIFICATION AND REQUEST TO
STRIKE DOCUMENTS OR HOLD FILINGS IN ABEYANCE

Page 1 of 3
*Deans v. Anchorage School District*
3:05-cv-00283-TMB

litigation, Mr. Deans has filed many documents, and many of his documents have been given titles that do not necessarily match the form of pleadings one would usually find in the Civil Rules.

For example, the document served with a summons that began this litigation was titled "Verified Motion of Summary Judgment." The state has been treating this document as a complaint, and has requested judgment on the pleadings because this complaint fails to state a claim for relief.

As this shows, the defendants cannot rely on the title of Mr. Deans' filings to give us guidance as to their true nature. Now we have two new documents filed by Mr. Deans and we cannot tell what they are.[1] Although they purport to be motions, they actually oppose the defendants' Motions to Dismiss. Thus, they appear to be supplemental oppositions or sur-replies, neither of which is allowed under the Federal Rules of Civil Procedure, and neither of which would be timely even if allowed. Furthermore, given that the Motion to Dismiss must be decided on the pleadings, the filing of exhibits in opposition to a Motion to Dismiss is not allowed. Therefore, if these documents are late-filed supplemental briefs to address the existing motions, the state would request that these documents be struck from the record.

In the alternative, if this court believes that these documents are motions that would begin a new round of briefing, then the state requests that the court hold these

---

[1] The documents are titled "Substantiated Evidential Motion to Objection of Motion Memorandum Supporting Motion to Dismiss by Defendants" and "Motion to [Submit] Evidential Exhibits Supporting Objection to Motion Memorandum Supporting Motion to Dismiss All Defendants."

STATE'S JOINDER IN ANCHORAGE SCHOOL  
DISTRICT'S NOTICE and STATE'S REQUEST  
FOR CLARIFICATION AND REQUEST TO  
STRIKE DOCUMENTS OR HOLD FILINGS IN ABEYANCE  
Page 2 of 3  
*Deans v. Anchorage School District*  
3:05-cv-00283-TMB

motions in abeyance until the court has ruled on the defendants' Motions to Dismiss. If we need to address these motions at a later time, the court can set a briefing schedule.

In sum, in the state's view, the defendants' existing motions are ripe for decision without further briefing or argument. The documents filed by Mr. Deans should not be considered by this court at this time. The state will not respond to the newly filed documents unless requested to do so by this court.

DATED this 27th day of March 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL
Attorney for defendants the Alaska Department of Education and Early Development, Art Arnold, and Sharon Schumacher.

By:  s/ Stephen C. Slotnick
Stephen C. Slotnick
Assistant Attorney General
P.O. Box 110300
Juneau AK  99811-0300
Telephone: (907) 465-6722
Facsimile:  (907) 465-2520
E-mail: neil_slotnick@law.state.ak.us
Alaska Bar No. 9011113

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007, a copy of the foregoing document was served via electronically and/or by USPS on the following attorneys or parties of record:

Lewis King Deans
310 West 76th Ave., Apt. E
Anchorage AK  99518

Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 'A' Street, Suite 300
Anchorage AK  99503

s/ Rebecca Allison
Rebecca Allison, Law Office Assistant

STATE'S JOINDER IN ANCHORAGE SCHOOL
DISTRICT'S NOTICE and STATE'S REQUEST
FOR CLARIFICATION AND REQUEST TO
STRIKE DOCUMENTS OR HOLD FILINGS IN ABEYANCE

Page 3 of 3
Deans v.  Anchorage School District
3:05-cv-00283-TMB