Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett,
James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>       Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br>       Defendants. | Case No. 3:05-cv-00283-TMB |

## AMENDED CERTIFICATE OF SERVICE

I certify that on the 27th day of March 2007, a true and correct copy of the Notice of Receipt of Substantiated Evidential Motion to Objection of Motion Memorandum Supporting Motion to Dismiss by Defendants and Motion to Submit Evidential Exhibits Supporting Objection to Motion Memorandum Supporting Motion to Dismiss All Defendants was mailed, by first class mail, postage prepaid, to the following:

       Lewis King Deans
       205 E Dimond Blvd. #112
       Anchorage, AK  99515

DATED at Anchorage, Alaska this 27th day of March, 2007

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for, Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

By: */s/ Raymond E. Goad, Jr.*
Bradley D. Owens
Alaska Bar No. 7610122

Raymond E. Goad, Jr.
Alaska Bar No. 0111062

Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Tel: (907) 563-8844
Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this 27th day of March, 2007, a true and correct copy of Amended Certificate of Service was served on:

Lewis King Deans
205 E Dimond Blvd. #112
Anchorage, AK 99515

Neil Slotnick
Office of the Attorney General
Labor and State Affairs
P.O. Box 110300
Juneau, Alaska  99811-0300

by first class mail, if an address is indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Raymond E. Goad, Jr.*
Raymond E. Goad, Jr.
3227.1212