Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett,
James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT,<br>et al.,<br><br>　　　　Defendants. | Case No. 3:05-cv-00283-TMB |

### JOINDER IN STATE'S REQUEST FOR CLARIFICATION AND REQUEST TO STRIKE DOCUMENTS OR HOLD FILINGS IN ABEYANCE

Comes now the Defendants Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank and Debi Wilson, by and through their attorneys Jermain, Dunnagan & Owens, P.C. and joins in the State's Request for Clarification and Request to Strike Documents or Hold Filings in Abeyance.

Joinder in State's Request for Clarification and Request to
Strike Documents or Hold Filings in Abeyance　　　　　　　　　　　　　　　　{00148801 } 1
Case No. 3:05-CV-00283 TMB

DATED at Anchorage, Alaska this 27th day of March, 2007

        JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for, Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

By:   */s/ Raymond E. Goad, Jr.*
      Bradley D. Owens
      Alaska Bar No. 7610122

      Raymond E. Goad, Jr.
      Alaska Bar No. 0111062

      Jermain, Dunnagan & Owens, P.C.
      3000 A Street, Suite 300
      Anchorage, AK 99503
      Tel: (907) 563-8844
      Fax: (907) 563-7322

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this
27th day of March, 2007, a true and correct
copy of Amended Certificate of Service was served on:

Lewis King Deans
205 E Dimond Blvd. #112
Anchorage, AK 99515

Neil Slotnick
Office of the Attorney General
Labor and State Affairs
P.O. Box 110300
Juneau, Alaska 99811-0300

by first class mail, if an address is indicated above,
or by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.

*/s/ Raymond E. Goad, Jr.*
Raymond E. Goad, Jr.
3227.1212

Strike Documents or Hold Filings in Abeyance
Case No. 3:05-CV-00283 TMB

{00148801 } 2