**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
LEWIS KING DEANS,
        Plaintiff,
                                    Case Number 3:07-cv-00283-TMB
v.

ANCHORAGE SCHOOL DISTRICT,
et al.,
        Defendants.               JUDGMENT IN A CIVIL CASE
```

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came before the court. The issues have been reviewed and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT this action is DISMISSED without prejudice.

APPROVED:

/s/TIMOTHY M. BURGESS
United States District Judge

_____
Date: April 30, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*   Ida Romack, Clerk of Court

[305-cv-283 Deans Judgment.wpd]{JMT2.WPT*Rev.3/03}