Bradley D. Owens, Esq.
Raymond E. Goad, Jr., Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Jerry Sjolander, Cindy Anderson, Cheryl Guyett, James Aronow, Julye Neel, Kristin Shank and Debi Wilson.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LEWIS KING DEANS,<br><br>            Plaintiff,<br><br>vs.<br><br>ANCHORAGE SCHOOL DISTRICT, et al.,<br><br>            Defendants. | Case No. 3:05-cv-00283-TMB |

### AMENDED CERTIFICATE OF SERVICE

This is to certify that on June 18, 2007, a true and correct copy of Defendant's Opposition to Plaintiff's Motion for Reconsideration was mailed, postage prepaid, to:

Lewis King Deans
205 E Dimond Blvd. #112
Anchorage, AK 99515

and electronically served on:

Neil Slotnick
Office of the Attorney General
Labor and State Affairs
123 4th Street, 6th Floor
Juneau, Alaska 99811-0300

DATED at Anchorage, Alaska this _18th_ day of June, 2007.

_____
Leslie D. Jones, Legal Secretary

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322