**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LEWIS KING DEANS,
      Plaintiff,

                                      Case Number 3:05-cv-00283-TMB

v.

ANCHORAGE SCHOOL DISTRICT,
et al.,                                           **AMENDED**
      Defendants.                      **JUDGMENT IN A CIVIL CASE**

___  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.** This action came before the court. The issues have been reviewed and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this action is DISMISSED without prejudice.

APPROVED:

 /S/TIMOTHY M. BURGESS
United States District Judge

Date: June 25, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                                  Ida Romack
                                         Ida Romack, Clerk of Court

[~8856609.wpd]{JMT2.WPT*Rev.3/03}