**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

__ LEWIS KING DEANS __   v.   __ ANCHORAGE SCHOOL DISTRICT, et al. __

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                    CASE NO.  __3:05-00283-TMB__

 __Denali Elmore__ 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: July 13, 2007

    Lewis Deans King, representing himself, filed a civil complaint claiming that he was denied his rights to certain educational benefits based upon his disability.[1] The defendants moved to dismiss the action under Federal Rule of Civil Procedure 12(b)(6),[2] Mr. Deans opposed the motions, and the defendants filed replies.[3] On May 10, 2007, this Court dismissed Mr. Dean's case, without prejudice, for failure to exhaust his administrative remedies.[4]

    Mr. Deans then moved for reconsideration of that dismissal, which the Court denied on June 25, 2007.[5] A final judgment has been entered, and this case is closed.[6]

    Therefore, Mr. Deans' subsequent motion to strike the defendants' opposition to his motion for reconsideration,[7] at docket number 67, is moot.

    IT IS SO ORDERED.

---

[1] *See* Docket No. 2.

[2] *See* Docket Nos. 37, 39, 41.

[3] *See* Docket Nos. 44, 49, 50.

[4] *See* Docket Nos. 59, 60, 61.

[5] *See* Docket Nos. 62, 65.

[6] *See* Docket No. 66.

[7] *See* Docket Nos. 63, 64.

[deans closed.wpd]{IA.WPD*Rev.12/96}