# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To:    Lewis Deans                         Case Number:    3:05-cv-00283-TMB

205 E Dimond Blvd., #112          Case Title:    Deans v Anchorage School District, et al.

Anchorage, AK 99515               Docket No:    70

Document Title:    Motion To Enforce 1415(e)(3) Stay Put Provision under IDEA 1400

**Part I. This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future.  The documents have been filed.  The following deficiencies were identified:**

LR 3.1 Papers to Accompany Filing          LR 10.1 Form of Pleading
___(a) Cover Sheet missing                 ___ (a) General - see Comments Below
                                           ___ (b) No Chamber copy(s)-copy charge
___OTHER (see comments)
                                           Amount Due: $_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Part II.  This form is being sent to advise you that document(s) are being returned for the following reasons:**

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed          ___ Pursuant to Court Order

___ Depositions are not routinely filed                  ___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Part III.  This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:**

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed                            ___ OTHER (see comments)

LR 5.1 Proof of Service
_XX__No proof of service on the document filed
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Comments:**    All documents filed in this court must include proof of service on parties.

Name:    Pam Richter                         Date:    **August 20, 2007**