**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

___LEWIS KING DEANS___   v.   ___ANCHORAGE SCHOOL DISTRICT, et al.___

THE HONORABLE TIMOTHY M. BURGESS

Deputy Clerk                                    CASE NO.  __3:05-00283-TMB__

__Denali Elmore__

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 23, 2007

   On May 10, 2007, the Court dismissed this case, without prejudice, for failure to exhaust administrative remedies.[1] Lewis King Deans, the self-represented plaintiff in the case, moved for reconsideration of that dismissal, which the Court denied on June 25, 2007.[2] A final judgment was also entered on June 25, 2007.[3]

   Mr. Deans then made a motion to strike the defendants' opposition to his motion for reconsideration,[4] which the Court denied as moot.[5] At that time, the Court told Mr. Deans that his case was closed. This case remains closed.

   Therefore, Mr. Deans' motion for a stay, under 20 U.S.C. § 1415(e)(3),[6] must be DENIED. The time to appeal the judgment in this case has run.[7] The Court will accept no further filings in this action from Mr. Deans. Any further filings by Mr. Deans will be disregarded by the Court.

   IT IS SO ORDERED.

---

[1]   *See* Docket Nos. 59, 60, 61.

[2]   *See* Docket Nos. 62, 65.

[3]   *See* Docket No. 66.

[4]   *See* Docket Nos. 63, 64.

[5]   *See* Docket Nos. 67, 69.

[6]   *See* Docket No. 70.

[7]   *See* Fed. R. App. P. 4(a)(1).